**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| STEVEN SCINTO, derivatively on Behalf of on Behalf of Nominal Defendant GENEDX HOLDINGS CORP., formerly SEMA4 HOLDINGS CORP., <br><br>              Plaintiff, <br><br>    vs. <br><br> ERIC SCHADT, KATHERINE STUELAND,  ISAAC RO, RICHARD MIAO, JASON RYAN, ELI D. CASDIN, EMILY LEPROUST, KEITH MEISTER, JOSHUA RUCH, RACHEL SHERMAN, NAT TURNER, DENNIS CHARNEY, and MICHAEL PELLIN, <br><br>       Defendants, <br><br>       and <br><br> GENEDX HOLDINGS CORP., formerly SEMA4 HOLDINGS CORP. <br><br>       Nominal Defendant. | Civil Action No.: <br><br><br> **VERIFIED SHAREHOLDER DERIVATIVE COMPLAINT** <br><br><br> <u>**DEMAND FOR JURY TRIAL**</u> |

<u>**VERIFIED SHAREHOLDER DERIVATIVE COMPLAINT**</u>

Plaintiff Steven Scinto ("Plaintiff"), by and through his undersigned attorneys, brings this shareholder derivative complaint for the benefit of nominal defendant GeneDx Holdings Corp., formerly Sema4 Holdings Corp., against certain of its current and former executive officers and members of the Company's Board of Directors (the "Board") for breaches of fiduciary duties, unjust enrichment, waste of corporate assets, and violations of Section 14(a) and Section 10(b) of the Securities Exchange Act of 1934 (the "Exchange Act").

Plaintiff alleges the following against the Defendants based upon personal knowledge as to herself and her acts, and information and belief as to all other matters, based upon, *inter alia*, the investigation conducted by and through her attorneys, which included, among other things, a review and analysis of (i) documents produced to Plaintiff by Sema4 in response to a books and records inspection demand made pursuant to  Delaware General Corporation Law ("DGCL") 8 *Del. C.* § 220 (the " Section 220 Demand"); (ii) transcripts of conference calls with Sema4; (iii) announcements, wires, and press releases published by Sema4, (iii) United States Securities and Exchange Commission ("SEC") filings, (iv) news reports, (v) securities analysts' reports and advisories about the Company, (vii) information readily obtainable on the Internet, and public filings filed in the securities class action in the United States District Court District of Connecticut, *Nabil Helo, Individually and on Behalf of All Others Similarly Situated v.  SEMA4 Holdings Corp., et al*., Case No. 3:22-cv-01131-JBA (D. Conn.) (the "Securities Action"). Plaintiff believes that substantial evidentiary support will exist for the allegations set forth herein after a reasonable opportunity for discovery.

## **<u>INTRODUCTION</u>**

1.      This shareholder derivative case brought by plaintiff on behalf of nominal defendant Genedx Holdings Corp. formerly known as Sema4 Holdings, Inc. ("Sema4" or the "Company") against certain of its officers and directors for breach of fiduciary duty, unjust enrichment, and law violations between March 14, 2022 and August 15, 2022.

2.      Sema4 is an embattled and unprofitable molecular diagnostics, clinical sequencing, and bioinformatics firm headquartered in Stamford, Connecticut.

3.      This action concerns Defendants' repeated failures to institute the proper internal controls, including financial controls, conceded by its Form 10-K filed with the SEC on February

23, 2024 wherein it advised "in the course of preparing Legacy Sema4's financial statements as of December 31, 2020, we previously identified material weaknesses in our internal control over financial reporting. Certain of these material weaknesses remain as of December 31, 2023."

4.      On May 2, 2022, Sema4 announced it completed the acquisition of GeneDx, LLC ("GeneDx"), a leader in genomic testing and analysis for rare disorders, from OPKO Health, Inc. (Nasdaq: OPK) ("OPKO") for an upfront payment of $150 million in cash plus 80.0 million shares in Sema4, with up to an additional $150 million revenue-based milestones over the next two years (which will be payable in cash or Sema4 shares at Sema4's discretion).

5.      On or around January 9, 2023, Sema4 announced it has changed its name from Sema4 Holdings Corp. to GeneDx Holdings Corp. GeneDx (Nasdaq: WGS) following a turbulent end to 2022, which culminated in the Stamford, Connecticut-based company receiving a notice of noncompliance from the Nasdaq Global Select Market on Dec. 28 after its stock did not rise to the minimum bid price of $1 per share for 30 consecutive trading days.

6.       During the relevant period, defendants made misrepresentations regarding Sema4's business, operations, and prospects, including increases in key metrics for its core diagnostic testing business-third-party payor reimbursement, average selling prices of tests ("ASP" or "ASPs"), and testing volume.

7.      In one example, Defendant Eric Schadt stated: on March 14, 2022 that Sema4 was making "substantial progress advancing key initiatives as evidenced by the nearly 83,000 resulted tests in the quarter", on May 12, 2022 that "we've got a really significant capability that we didn't have just a few quarters ago, we're in a position to drive better ASPs[]" and that [reimbursement]'s making good progress and [we're] on track with our plan to realize better reimbursement by the middle of the year, and on June 16, 2022, that Sema4 was achieving "top

line growth in terms of volume, revenue, and improved ASPs." Defendant Eric Schadt also touted the potential of Sema4's data platform, Centrellis, as "the most extensive and fastest growing database[.]"

8.     This unrealistic picture of "top line growth in terms of volume, revenue, and improved ASPs" was far from true as Sema4 as evidenced on August 15, 2022 when Sema4 announced that due to a dispute with one of Sema4's larger commercial payors over potential recoupments of services rendered from 2018 to early 2022, the Company had reversed $30.1 million of revenue and had established a $39.2 million reserve in case of other potential issues with payors.

9.     This unexpected news caused Sema4's stock price to plummet by 33.3%, to close at $1.60 per share on August 16, 2022, damaging investors.

10.    Making matters worse, the Company announced drastic changes to its research and development leadership team, including that defendant Eric Schadt resigned from his roles as President and Chief Research and Development ("R&D") Officer and the board of directors, effective immediately. In announcing Schadt's resignation, Sema4 did not explain the urgency or reason for the sudden departure, leaving investors and the market to assume it arose from internal problems with the Company.

11.    The Company also disclosed mass layoffs in Connecticut, eliminating approximately 13% of its workforce or 500 jobs, eliminating its reproductive health business, and closing its 70,000-square-foot laboratory in Stamford, which it opened less than two years before the closure.

12.    The job losses in Connecticut meant the Company was no longer in compliance with its incentive agreement with the State of Connecticut. This required the Company to

immediately pay back $2 million of the loan it had received.  The Company also had to sign a new agreement with the state that reduces the potentially forgivable portion of its loans to $10.25 million.

13.     In the Securities Class Action, counsel for plaintiff advised several former Sema4 employees confirmed the falsity of Defendants' statements regarding their financial condition, and, as evidenced by Defendant's last 10-K, Defendants have yet to remediate the material weakness in the Company's internal controls creating continued opportunities to misreport and provide misleading information to investors in breach of fiduciary duties.

## **JURISDICTION AND VENUE**

14.     This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1331 and Section 27 of the Securities Exchange Act of 1934 (the "Exchange Act") over the claims asserted herein for violations of sections l0(b) of the Exchange Act and Rule l0b-5 (17 C.F.R.§240.10b-5) promulgated thereunder by the SEC.

15.     This Court has supplemental jurisdiction over Plaintiff's state law claims pursuant to 28 U.S.C. § 1367(a).

16.     This action is not a collusive action designed to confer jurisdiction on a court of the United States that it would not otherwise have.

17.     In connection with the acts, conduct and other wrongs complained of herein, Defendants, directly or indirectly, used the means and instrumentalities of interstate commerce, the United States mail, and the facilities of a national securities market.

18.     Venue is proper in this District pursuant to 28 U.S.C. §§ 1391 and 1401 because Nominal Defendant Sema4 is headquartered in this District and conducts business in this District.

## PARTIES

*Plaintiff*

19.     Plaintiff is and, since July 2021, has been a continuous shareholder of Sema4 common stock. Plaintiff is a citizen of Connecticut.

*Nominal Defendant*

20.     Nominal Defendant Sema4 is incorporated under the laws of Delaware with its principal executive offices located in Stamford, Connecticut. Sema4's Class A common stock previously traded on the NASDAQ exchange under the symbol "SMFR."  GeneDx's common stock trades on the NASDAQ exchange under the symbol "WGS."  Nominal Defendant Sema4 is a citizen of Delaware and Connecticut.

*Individual Defendants*

21.     Defendant Eric Schadt is the founder of Sema4 and served as its Chief Executive Officer ("CEO") until May 2022.  Defendant Schadt received $3,161,612 in compensation from the Company in 2022.    Defendant Schadt is named as a defendant in the Securities Action. Defendant Schadt is a citizen of New York.

22.     Defendant Katherine Stueland has served as the Company's CEO since May 2022. Prior to the Company's acquisition of GeneDx, she was the President and CEO of GeneDx.  Defendant Stueland received $11,882,354 in compensation from the Company in 2022. Defendant Stueland is named as defendant in the Securities Action. Defendant Stueland is a citizen of New York.

23.     Defendant Isaac Ro was Sema4's Chief Financial Officer ("CFO") from July 2021 to June 14, 2022.  Defendant Ro is named as a defendant in the Securities Action.  Defendant Ro is a citizen of Connecticut.

24.     Defendant Richard Miao served as Sema4's Interim CFO from June 14, 2022 to September 2, 2022.  Defendant Miao is named as a defendant in the Securities Action.  Defendant Miao is a citizen of New York.

25.     Defendant Jason Ryan is Executive Chair of Sema4's Board of Directors and has served as a director since July 2021.  Defendant Ryan received $3,193,461 in compensation from the Company in 2022.  Defendant Ryan is a citizen of Massachusetts.

26.     Defendant Eli D. Casdin has served as a director since July 2021.  Defendant Casdin received $262,221 in compensation from the Company in 2022. Defendant Casdin is a citizen of New York.

27.     Defendant Emily Leprout has served as a director since July 2021.  Defendant Leproust received $262,846 in compensation from the Company in 2022. Defendant Leprous is a citizen of Montana.

28.     Defendant Keith Meister has served as a director since January 2022.  Defendant Meister received $272,846 in compensation from the Company in 2022. Defendant Meister is a citizen of New York.

29.     Defendant Joshua Ruch has served as a director since November 2017.  Defendant Ruch received $272,846 in compensation from the Company in 2022.  Defendant Ruch is a citizen of New York.

## SEMA4'S CODE OF CONDUCT

30.     Sema4's Code of Conduct, titled "Code of Business Conduct," applies to all directors, employees, and contractors of the Company.

31.     In a section titled, "SEC Reporting and Financial Statement Preparation, the Code of Conduct provides:

Our periodic reports and other documents filed with the SEC,

including all financial statements and other financial information, must comply with applicable federal securities laws and SEC rules. If you contribute in any way to the preparation or verification of our financial statements and other financial information, you must ensure that our books, records and accounts are accurately maintained. You must also cooperate fully with our finance department, as well as our independent public accountants and counsel. If you are involved in the preparation of our SEC reports or financial statements, you must:

• Be familiar with and comply with our disclosure controls and procedures and our internal control over financial reporting.

• Take all necessary steps to ensure that all filings with the SEC and all other public communications about our financial and business condition provide full, fair, accurate, timely and understandable disclosure.

## **SEMA4'S AUDIT COMMITTEE CHARTER**

32.     Sema4's Audit Committee Charter states the purpose of the Audit Committee as follows:

The purpose of the Audit Committee (the "Committee") of the Board of Directors (the "Board") of GeneDx Holdings Corp. ("GeneDx") is to assist the Board in fulfilling its oversight responsibilities relating to:

• GeneDx's accounting and financial reporting processes and internal controls, including audits and the integrity of GeneDx's financial statements;

• the qualifications, independence and performance of GeneDx's independent auditors (the "Independent Auditors"); • risk assessment and management; and

• compliance by GeneDx with legal and regulatory requirements.

This charter (the "Charter") sets forth the authority and responsibility of the Committee in fulfilling its purpose. The function of the Committee primarily is one of oversight. Although the Committee has the responsibilities and powers set forth in this Charter, it is not the Committee's duty to plan or conduct audits or to determine that GeneDx's financial statements are complete, accurate and in accordance with generally accepted accounting principles. Instead, those are

8

responsibilities of GeneDx's management and the Independent Auditors.

33.    In a section outlining the Audit Committee's authority and responsibilities with respect to Risk Oversight and Compliance, the Audit Committee Charter states that the Audit Committee shall, among other things:

1.  Review with management GeneDx's major financial risks and enterprise exposures and the steps management has taken to monitor or mitigate such risks and exposures, including GeneDx's procedures and any related policies with respect to risk assessment and risk management.

2.  Review with management GeneDx's cybersecurity and other information technology risks, controls and procedures, including GeneDx's plans to mitigate cybersecurity risks and respond to data breaches.

3.  Review with management GeneDx's risk exposures in other areas, as the Committee deems necessary or appropriate from time to time.

4.  Review with management GeneDx's (a) programs for promoting and monitoring compliance with applicable legal and regulatory requirements, and (b) major legal and regulatory compliance risk exposures and the steps management has taken to monitor or mitigate.

5.  Review the status of any significant legal and regulatory matters and any material reports or inquiries received from regulators or government agencies that reasonably could be expected to have a significant impact on GeneDx's financial statements. such exposures.

34.    With respect to internal controls, the Audit Committee Charter charges the Audit committee with the responsibility to, among other things:

6.  Review and discuss with GeneDx's management and the Independent Auditors, and provide oversight over, the design, implementation, adequacy and effectiveness of GeneDx's accounting and financial processes, and systems of internal controls and material changes in such controls, including any significant deficiencies and material weaknesses in their design or operation.

7.  Review any allegations of fraud that are disclosed to the Committee

involving management or any employee of GeneDx with a significant role in GeneDx's accounting and financial reporting process and systems of internal controls.

8. Discuss any comments or recommendations of the Independent Auditors outlined in their annual management letter or internal control reports.

9. Periodically consult with the Independent Auditors out of the presence of GeneDx's management about internal controls, the fullness and accuracy of GeneDx's financial statements and any other matters that the Committee or the Independent Auditors believe should be discussed privately with the Committee.

10. Establish procedures for (a) the receipt, retention and treatment of complaints received by GeneDx regarding accounting, internal accounting controls or auditing matters, and (b) the confidential anonymous submission by employees of GeneDx of concerns regarding questionable accounting or auditing matters. Oversee the review of any such complaints and submissions that have been received, including the current status and the resolution, if one has been reached.

## **COMPANY BACKGROUND**

35.     Sema4 is a health company that uses artificial intelligence to enable personalized medicine. Sema4 is primarily a diagnostic testing company, which derives the majority of its revenue from Women's Health and Oncology diagnostic solutions. Specifically, Women's Health solutions include carrier screening, non-invasive prenatal testing, and newborn screening, while Oncology solutions include hereditary cancer testing, molecular profiling, and genomic data collection. The majority of the Company's diagnostic testing revenue as well as total revenue are derived from reimbursements from health plans. Being in network with health plans was crucial to improving the Company's ability to receive adequate reimbursements from health plans; if the Company was not in network with major health plans, patients would be less likely to use the Company's products and physicians would be less likely to recommend the Company's products to patients, which would stymie the Company's ability to increase ASPs and testing volumes.

36.     Sema4 was founded by Defendant Schadt as part of Icahn School of Medicine at Mount Sinai's Department of Genetics and Genomic Sciences and the Icahn Institute for Genomics and Multiscale Biology. Sema4 was established out of the Mount Sinai Health System and commenced operations in June 2017 as a commercial entity. The Company debuted on the Nasdaq Stock Market as a publicly traded company after completing a business combination with CM Life Sciences, a special purpose acquisition company, in July 2021.

37.     Though primarily a diagnostic testing company, Sema4 seeks to expand its core= business to data and analytics solutions which leverage longitudinal patient data, AI-driven predictive modeling, and genomics in combination with other data to deliver better outcomes for patients.

38.     The Company claims that its integrated information platform leverages longitudinalpatient data, AI-driven predictive modeling, and genomics in combination with other molecular and high-dimensional data to transform the practice of medicine, including how disease is diagnosed, treated, and prevented. The Company further asserts that it established one of the largest, most comprehensive, and fastest growing integrated health information platforms, collecting and leveraging genomic and clinical data in partnership with patients, healthcare providers, and an extensive ecosystem of life science industry contributors.

39.     The Company processes a substantial amount of data and maintains a database that includes approximately 12 million de-identified clinical records, including more than 500,000 with genomic profiles, integrated in a way that the Company claims to enable physicians to proactively diagnose and manage disease. The Company represents that the data enables it to further develop, train, and refine predictive models and drive differentiated insights, which models and insights it deploys through its diagnostic and research solutions and portals to

support clinicians and researchers and engage patients, all of which interactions it claims

generate more data to continue the cycle.

40.     By providing differentiated insights through diagnostic testing solutions to

physicians and patients across the United States in areas such as reproductive health, population

health, and oncology, the Company is reimbursed by payors, providers, and patients for

providing these services. In collaboration with pharmaceutical and biotech companies, the

Company receives payments for a broad range of services relating to the aggregated data on its

information platform, such as consenting and recontacting patients, the development and

implementation of a wide range of predictive models, including drug discovery programs,

conducting real-world evidence studies, and aiding in the identification and recruitment of

patients into clinical trials.

41.     The Company expected to expand the revenue from its health system and

Biopharma partners. The Company believed that its scale combined with its revenue-generating

diagnostics testing business enabled it to build a significant and highly differentiated

technological and informational asset.

42.     Additionally, the Company claimed to have developed a holistic health

information platform, Centrellis, to transform the disease diagnosis and treatment paradigm for

the entire healthcare ecosystem: patients, physicians, health systems, payers, and Biopharma

companies.  The Company claimed that its Centrellis platform was comprised of a data

management backend that supported a wide array of databases, data warehouses, and knowledge

bases, a data analytics layer to mine the data and construct predictive models that purportedly

provided differentiated insights, and a series of application programmable interfaces to enable

tool and software applications to access the data and models. The Company asserted that

Centrellis served as the underlying foundation of its precision medicine solution and that it comprised a sophisticated data management and analytics engine. According to the Company, in the data management layer, its platform processed and stored data in a highly structured and accessible way, which was then analyzed by an advanced insights engine in the analytics layer that deployed state-of-the-art AI, probabilistic causal reasoning and machine learning approaches, and complementary analytics capabilities to deliver accurate insights to patients, providers, and researchers across a broad range of applications.

43. The Company maintained that Centrellis was designed to transform treatment decisions across multiple therapeutic areas by engaging large-scale, high-dimensional data and querying the predictive models of disease and wellness using patient-specific data to derive highly personalized, clinically actionable insights. The Company asserted that Centrellis supported various applications, such as delivery of personalized and actionable treatment insights into clinical reports, clinical trial matching, real-world evidence trials and clinical decision support, through an advanced programmable interface, or API, layer.

44. Since its inception, the Company has racked up significant net losses. As of December 31, 2021, the Company had an accumulated deficit of about $575.4 million. Expanding its strategic partnerships was crucial to the Company's growth. Thus, the market reacted favorably to the Company's announcement in January 2022, that it would be acquiring GeneDx, Inc. ("GeneDx"), which provides rare disease diagnostic and exome sequencing services, in a $623 million acquisition. Combining Sema4's platform with GeneDx's services would allow Sema4 to become one of the largest genomic screening providers in the U.S. and the Company stated that the acquisition would allow it to greatly increase revenues to $350 million in 2022 for the combined companies, with Sema4's women's health expected to account for

greater than half of that revenue. The acquisition agreement required, among other things, that Sema4 would pay consideration of $150 million in cash at closing and 80 million shares of Sema4's Class A common stock to be issued at closing. On May 2, 2022, the Company announced the closing of its acquisition of GeneDx.

## FALSE AND MISLEADING STATEMENTS

45.     On March 14, 2022, Defendants touted the Company's successful 4Q and FY 2021 results as well as the Company's expected success for 2022. In a press release from that same day (the "March 14, 2022 Press Release"), Defendants claimed the increase in fourth quarter test volumes and the Company's record quarterly test volume, stating, ***"Importantly, we continue to make substantial progress advancing key initiatives as evidenced by the nearly 83,000 resulted tests in the quarter, representing 37% growth compared to 61,000 resulted tests in the same period a year ago."*** Defendants stated that the Company's increased revenue from $179.3 million in 2020 to $212.2 million in 2021 was "driven primarily by an increase in testing volumes of both our Women's Health and Oncology product lines."

46.     On a public conference call that same day, Ro represented that the Company was making positive progress regarding increasing reimbursements from health plans. Specifically, Ro stated, "I should also remind you that from a reimbursement perspective, we had a bunch of irons in the fire this year to drive better payment so that the revenue attached to our volume starts to catch up. And if we do that, that will also be important to improving our gross margin profile in the second half of the year."

47.     In the March 14, 2022 Press Release, Defendants further touted the Company's Centrellis platform and the pending GeneDx's acquisition. Specifically, Defendants stated, "Combining GeneDx's clinical genomic solutions with our core women's health business allows

14

us to better serve health system and pharmaceutical and biotech partners in a more holistic way. This transaction will significantly enhance the power of our Centrellis database by adding more than 2.1 million expertly curated phenotypes and well over 300,000 clinical exomes that GeneDx has generated to date." Following the close of the acquisition, Sema4 will have the most comprehensive clinically relevant data set available for our research and development purposes.

48.     Defendants reiterated Sema4's FY 2022 total revenue guidance of $215-$225 million (excluding GeneDx) based on these positive developments in the March 14, 2022 Press Release.

49.     On March 31, 2022, Sema4 published its Proxy to stockholders in advance of an April 27, 2022 special meeting.  That proxy, in pertinent part, advised:

### PROPOSAL NO. 5 - THE CLASS I DIRECTOR ELECTION PROPOSAL

Sema4's board of directors is divided into three classes. Each class serves for three years, with the terms of office of the respective classes expiring in successive years. Directors and director nominees in Class I will stand for election at this meeting. The terms of office of directors in Class II and Class III do not expire until the annual meetings of stockholders to be held in 2023 and 2024, respectively. Our Nominating and Corporate Governance Committee recommended to our Board of Directors, and our Board of Directors nominated Eli D. Casdin, Joshua Ruch and Michael Pellini, each of whom is currently serving as a Class I director, for election as Class I directors at the Special Meeting. At the recommendation of our Nominating and Corporate Governance Committee, our Board of Directors proposes that each of the Class I nominees be elected as a Class I director for a three-year term expiring at the annual meeting of stockholders to be held in 2025 and until such director's successor is duly elected and qualified or until such director's earlier death, resignation, disqualification or removal.

50.     Under the direction and watch of the Individual Defendants, the March 31, 2022 Proxy for the April 27, 2022 meeting was false and misleading because it failed to disclose that the Individual Defendants, including the directors seeking reelection Casdin, Ruch and Pellini,

violated their fiduciary duties to Sema4 and its stockholders by, among other things, failing to monitor and accurately and timely disclose the true and projected state of its financial controls, ASPs, overpayments, and third-party payor reimbursement; (2) implement and maintain an effective system of internal controls to ensure that the Company was complying with all internal codes, procedures, laws, rules, and regulations governing Sema4's core operations and making truthful, accurate, and complete statements regarding its core operations, financial condition, and business prospects; (3) effectively oversee and monitor the material risks facing the Company; and (4) investigate and take action when presented with red flags regarding misconduct or the lack of internal controls. Further, the Proxy Statement contained false and misleading statements related to risk oversight by the Board and the Company's commitment to strong corporate governance principles.

51.    On May 2, 2022, Defendants announced the closing of the GeneDx acquisition and that GeneDx's CEO, Stueland, and Schadt would serve as co-CEOs of the Company. Defendants stated that Schadt planned to focus more on science and growing the Company's data business. In connection with the acquisition, the Company had successfully completed a $200 million private placement offering, which Pfizer participated in.

52.    On May 12, 2022, the Company announced its positive lQ 2022 financial results and reaffirmed its FY 2022 guidance. In a press release (the "May 12, 2022 Press Release"), Schadt was quoted as stating, "We delivered record test volume and expanded engagement across our health system partnerships."

53.    On a conference call on May 12, 2022, Ro represented that reimbursements and ASPs were improving and would continue to improve. Specifically, Ro stated, So on the pricing side, the most important thing, I think, is the fact that our team is materially strengthened from

where it was even at the start of the year. We've, on the Sema4 side, expanded that team with a new leadership and then, of course, with GeneDx, massively increased the scale of that team. So now that we've got a really significant capability that we didn't have just a few quarters ago, we're in a position to, I think, push on several fronts to drive better ASPs. Of course, on the oncology front, we've talked before about pushing forward with reimbursement for somatic profiling. That's making good progress and on track with our plan to realize better reimbursement by the middle part of the year.

54.     At a healthcare conference on June 16, 2022, Defendants reiterated these positive trends. For example, Stueland stated, "there is top line growth in terms of volume, revenue and improved ASPs." Stueland further touted the Centrellis platform, stating, [W]hen you think about the data engine, Centre/tis, that [Schadt] and the team have expertly built. That is an incredible combination of just being able to put a data engine that will be able to deliver improved and personalized health insights with our exome and genome as a backbone. That really enables something that is very different from any other company in this space.

**EXECUTIVE RESIGNATION AND OTHER TROUBLES SURFACE**

55.     On August 15, 2022, after the market closed, Sema4 announced changes to its research and development leadership team, including that Defendant Schadt was resigning from the Company. The Company also disclosed that it was eliminating approximately 13% of its workforce as part of a series of restructuring and corporate realignments and that it would be eliminating the Company's somatic oncology testing business, which had negative gross margins. Defendants announced that the Company would be shuttering its Branford, CT facility.

56.     During the related conference call, Kevin Feeley, SVP of Operations and Head of GeneDx, stated that *Sema4 has reversed $30.1 million of revenue this quarter related to prior*

*periods. [This reversal was in connection with negotiations with] one of [Sema4 's] larger*
*commercial payors regarding the potential recoupment of payments for Sema4 carrier screening*
*services rendered from 2018 to early 2022 ....* [Management] believe[s] this reversal of revenue
accurately reflects and captures the potential risk of recoupment from [the Company's] entire
portfolio of third-party payors[.]

57.     The Company also lowered its fiscal 2022 revenue guidance to a range of $245
million to $255 million, down from its prior guidance range of $305 million to $315 million. The
reduced guidance was attributed in part to declining pricing, with *"ASPs in [Sema4 's] complex*
*reproductive health segment fat] about $520 in the quarter,"* which "compared to about $712 in
the quarter prior." Joel Kaufman ("Kaufman"), VP of Finance & Corporate Development, stated
that, contrary to Defendants' earlier representations, *the Company is "expecting for the remainder*
*of the year, at least double-digit sequential declines from 2Q into 3Q for those ASPs in the*
*reproductive health business.* "

58.     Notably, Kaufman clarified that the reduced expectations were due to the legacy
Sema4 business, stating: "The legacy Sema4 business, we're taking a more conservative view on
both volume and ASPs, but we are revising our underlying assumptions at the legacy GeneDx
business up based off of the demand we're seeing for the whole suite of GeneDx's products to
date."

59.     Also on August 15, 2022, the Company filed its quarterly report for the period
ended June 30, 2022, disclosing that it had established a reserve of $39.2 million for potential
recoupments of payments previously made by third-party payors:

60.     The Company is currently engaged in discussions with one of the Company's
thirdparty payors regarding certain overpayments the Company allegedly received from the pay

or for services that the pay or alleges are not covered by, or were not otherwise properly billed

to, the payor. This payor has asserted in informal discussions that it will seek recovery or

recoupment in relation to the alleged overpayments if the matter cannot be settled. While the

Company believes it has defenses to the payor's allegations, it is currently engaged in discussions

seeking to resolve the matter and any claim that may arise in connection therewith in a

 mutually satisfactory manner.

> As a result of this matter, and in connection with a review of certain billing policies and procedures undertaken by management following the acquisition of GeneDx, the Company considered the need to establish reserves for potential recoupments of payments previously made by third-party payors. As of June 30, 2022, the Company has established liabilities of $39.2 million as a result of this matter and other potential settlements with payors based on the current facts and an evaluation of anticipated results that the Company believes reasonable for all potential recoupments for all third-party payors combined.

61.     On this news, the Company's share price fell by $0.80, or 33.33%, to close at

$1.60 per share on August 16, 2022, on unusually heavy trading volume.

### BAD NEWS CONTINUES TO MOUNT FOR SEMA4

62.     On November 14, 2022, Defendants announced the elimination of the Company's

core business-its reproductive health testing market by year-end 2022, along with its somatic

oncology testing operations, as these segments had been losing about $35 million per quarter and

faced multiple challenges in terms of reimbursement, lack of scale and competition. In

connection with the elimination of the reproductive health testing segment, Defendants stated

they would close the Company's Stamford, CT lab. Defendants stated that they had hired an

advisor to find a buyer for the Company's reproductive health testing segment, but such efforts

were unsuccessful. Defendants stated that going forward, the Company's business would focus

on GeneDx's more differentiated exome and genome testing focused on pediatric and rare

disease markets. Defendants also announced yet another workforce reduction of about 500

employees (or 1/3 of the workforce).

  63. On January 9, 2023, the Company issued a press release entitled "Sema4

Announces Name Change to GeneDx and Provides Preliminary 2022 Financial Results and 2023

Guidance. Within the press release, the Company stated the following:

> STAMFORD, Conn, Jan. 09, 2023 (GLOBE NEWSWIRE) -- Sema4 (Nasdaq:
> SMFR) today announced it has changed its name from Sema4 Holdings Corp. to
> GeneDx Holdings Corp. GeneDx (Nasdaq: WGS), a leader in delivering improved
> health outcomes through genomic and clinical insights, is uniquely positioned to
> accelerate the use of genomic and large-scale clinical information to enable
> precision medicine as the standard of care.
>
> GeneDx's industry-leading exome and genome testing is enhanced by Centrellis®,
> its innovative health information platform. Powered by one of the world's largest
> rare-disease datasets and millions of medical records, Centrellis integrates digital
> tools with artificial intelligence to ingest and synthesize clinical and genomic data.
> GeneDx is developing a more complete understanding of complex disease than ever
> before, which translates to faster diagnoses, more effective treatment plans and
> enhanced drug discovery.
>
> "For more than 20 years, GeneDx has earned the constant trust of the world's
> genetics experts, while pioneering and increasing the use of its clinically actionable
> exome and genome analysis. By combining the best of GeneDx and Sema4 to
> continue our growth, we sit at the intersection of diagnostics and data science,
> pairing decades of genomic interpretation expertise with an unmatched ability to
> analyze clinical data at scale. GeneDx now has the capability to combine the power
> of genomic insights with clinical data to improve health care for people and
> populations," said Katherine Stueland, President and CEO of GeneDx.
>
> In conjunction with the name change, GeneDx's shares of Class A common stock
> will trade under the new ticker symbol "WGS," in recognition of the Company's
> role in pioneering whole genome sequencing (WGS). The company expects its
> shares of Class A common stock will begin trading on the NASDAQ Stock Market
> under the new name and stock ticker symbol on January 10, 2023.
>
> **Preliminary 2022 Financial Results (Unaudited)**
>
> Excluding revenues and costs from the previously announced exited reproductive
> health and somatic tumor testing businesses, management expects GeneDx to:

- Generate pro forma revenues between $170-173 million in 2022, an approximate 3 7-40% increase from pro forma $123. 7 million in 2021;
- Produce pro forma test result volume of more than 180,000 in 2022, an approximate 23% increase from proforma test result volume of 147,000 in 2021; and
- Deliver pro forma adjusted gross margin between 38-41 % in 2022, up from 34% in 2021 1.

"We are pleased by the acceleration of our business throughout 2022, especially the fourth quarter which set a new all-time high for test result volume. Our preliminary results, which exceeded our outlook a year ago, validate our strategy to target higher growth areas of the genomics market," said Kevin Feeley, Chief Financial Officer of GeneDx.

**2023 Guidance (Unaudited)**

The continuing operations of GeneDx, excluding revenues and costs from exited business activities, are expected to:

- Generate revenues between $205-220 million for full year 2023;
- Expand gross margin profile in 2023 and beyond;
- Use net $95-110 million of cash in 2023 for continuing operations. Inclusive of servicing obligations of the exited business activities, the Company's cash burn in 2023 is expected to be in the range of $130-145 million and;
- Tum profitable in 2025.

GeneDx has not completed the preparation of its consolidated financial statements for the year ended December 31, 2022. The preliminary, unaudited results presented in this press release for the year ended December 31, 2022, are based on current expectations and are subject to adjustment, as the company completes the preparation of its 2022 year-end consolidated financial statements and its 2022 year-end audit. Further, the preliminary unadjusted results for 2022 and the comparable results for 2021 are presented on a pro forma basis assuming GeneDx and Sema4 were combined for the entirety of 2021 and 2022 and exclude the revenues and costs from the exited reproductive health and somatic tumor testing businesses. Actual results may differ materially from those disclosed in this press release and will include the results of the legacy GeneDx business only from the date of Sema4 Holdings Corp.'s acquisition of GeneDx on April 29, 2022, the purchase accounting associated with the acquisition of GeneDx, and will also include the financial impacts of exited Sema4 business activities for the full year.

GeneDx will report its full financial results and other metrics during its fourth quarter and year-end 2022 conference call in early March.

64.    On January 10, 2023, the *CT Insider* issued an article entitled "Embattled CT

company Sema4 announces name change as it cuts jobs," which reported the following:

STAMFORD - *Genomic testing company Sema4, which recently announced plans to cut several hundred jobs and* close *its laboratories in Connecticut, announced Monday the change of its name to GeneDx, the Maryland-based genomic testing provider that it acquired last year.*

The new name is the latest sign of the far-reaching impact of the acquisition of GeneDx, whose chief executive officer, Katherine Stueland, is now the combined companies' CEO and president.

Since its spin-off in 2017 from the Mount Sinai Health System, Sema4 had gone by that name, which refers to semaphore, a system used to send signals. In previous statements, the company has said it aimed to "discern signal from noise across trillions of data points" to gain insights into human health.

"For more than 20 years, GeneDx has earned the constant trust of the world's genetics experts, while pioneering and increasing the use of its clinically actionable exome and genome analysis," Stueland said in a statement. "By combining the best of GeneDx and Sema4 to continue our growth, we sit at the intersection of diagnostics and data science, pairing decades of genomic interpretation expertise with an unmatched ability to analyze clinical data at scale. GeneDx now has the capability to combine the power of genomic insights with clinical data to improve health care for people and populations."

The name change does not indicate, however, any plans by the company to move its headquarters to Gaithersburg, Md., the home city of GeneDx. In response to an inquiry from Hearst Connecticut Media Group, a Sema4 spokesperson said Monday that the main offices would remain at 333 Ludlow St., in the South End of Stamford.

*But the lab shutdowns in Connecticut are proceeding. The facilities at 1 Commercial St., in Branford, and 62 Southfield Ave., in Stamford, are scheduled to close by the end of the first quarter of this year, according to the spokesperson. Those shutdowns, which were announced last year, reflect the company's exit from testing for reproductive health and somatic tumors. A facility in Gaithersburg will serve as the company's primary lab.*

As a result of the restructuring, the company also announced last year two rounds of layoffs, affecting a total about 700 employees - with those positions largely based in Connecticut. The company now has about 1,100 employees.

Alongside the name change, GeneDx's shares of Class A common stock will trade under a new ticker symbol, "WGS," which recognizes the company's role in "pioneering" whole genome sequencing. The company expects its shares of Class

A common stock to start trading Tuesday on the NASDAQ Stock Market under the new name and ticker symbol.

Also Monday, the company disclosed preliminary results for the past year and some projections about its performance. It expects its "pro forma" 2022 revenues to increase about 37 to 40 percent year over year, to between $170 million and $173 million. Those numbers exclude returns from reproductive health and somatic tumor testing.

The company expects further revenue growth in 2023, while it aims to turn profitable in 2025. For the first nine months of 2022, it sustained a loss of about $240 million.

Following Monday's announcements, the company's shares closed for the day at $0.31, a 27 percent jump from last Friday. ***But its share price has declined precipitously in recent months, as it was worth about 15 times its current value at this point a year ago.***

***As a result of the plunge, the company was informed on Dec. 28 by Nasdaq that, based on the closing bid price of its Class A common stock for the past 30 trading days, it no longer complied with the required minimum bid price of $1 per share for continued listing on the Global Select Market***

The notice had no immediate effect because the company was given an initial compliance period of 180 days. To regain compliance, the closing bid price of the Class A common stock must reach at least **$1** per share for a minimum of 10 consecutive trading days before June 26.

65.     The Relevant Period begins on March 14, 2022. On that day, Sema4 announced

its fourth quarter and full year 2021 financial results in a press release that stated, in relevant

part:

**Sema4 Reports Fourth Quarter and Full Year 2021 Financial Results and Business Highlights**

March 14, 2022

***37% increase in fourth quarter test volumes (excluding COVID-19 tests) compared to the same period last year***

***Record quarterly test volume of nearly 83,000***

*24%growth in fourth quarter revenue (excluding COVID-19 tests) compared to the same period last year*

*Reiterating full year 2022 total revenue guidance of $215-225 million*

*Sema4 to host conference call today at 4:30 p.m. ET*

**STAMFORD, CT-March 14,** 2022-Sema4 Holdings Corp. (Nasdaq: SMFR) ("Sema4"), an AI-driven genomic and clinical data intelligence platform company, today reported its financial results for the fourth quarter and full year ended December 31, 2021 and provided an update on key strategic and operational initiatives.

***"2021 was a transformative year during which we grew our test volumes and patient database,*** further established Sema4 as a partner of choice for health systems, advanced our strategic objectives to accelerate the growth of our platform of algorithms, and listed on Nasdaq as a public company," ***said Eric Schadt, PhD, Founder and Chief Executive Officer of Sema4.*** "We are well positioned for 2022 and are excited to see the investments in our key initiatives begin to scale our core business and further grow our data engine. ***We also continue to expect to close the acquisition of GeneDx by the end of Q2, which will significantly enhance the power of our Centrellis® platform and distance us as the market leader with the most comprehensive clinically relevant data set available for research and development purposes."***

"I am pleased with our results in the quarter, and as we look ahead to 2022, *I am encouraged by the trajectory of volumes and gross margins," said Isaac Ro, Chief Financial Officer of Sema4.* "Investments in automation, people, and processes are now translating into tangible efficiencies. We expect gross margins to further improve throughout 2022."

## Fourth Quarter & Recent Highlights

- ***Diagnostic testing volumes were up 37% in the fourth quarter of 2021 compared to the same period of 2020, with 82,966 tests resulted (excluding COVID-19 tests), including 142% growth in Oncology and 33% growth in Women 's Health***
- ***Total revenue increased 24% in the fourth quarter of 2021 (excluding COVID-19 testing revenue) compared to the same period of 2020, resulting in total revenue of $47.3 million compared to $38.2 million***
- Published two papers in November 2021 in partnership with the Mount Sinai Health System demonstrating the ability of Sema4's machine learning algorithms to predict clinical outcomes and drive meaningful changes in the standard of care for postpartum hemorrhage
- ***Announced the signing of a definitive agreement to acquire GeneDx, Inc. ("GeneDx") in January 2022, which is expected to strengthen Centrellis with***

*more than 300,000 clinical exomes and over 2.1 million expertly annotated phenotypes*

- Entered into definitive agreements for a $200 million private placement financing from leading growth and life sciences investors, including Pfizer, in January 2022 in conjunction with the signing of the merger agreement for the pending GeneDx acquisition
- Strengthened Market Access Team in February 2022 with the addition of 30-year industry veteran, Jerry Conway, Sema4's SVP of Market Access
- Included in *Fast Company's* prestigious annual list of the World's Most Innovative Companies in March 2022; named as one of the top three most innovative data science companies

**Full Year 2021 Business Highlights**

- Signed three new health system partnerships with NorthShore University HealthSystem, AdventHealth, and Avera Health, launching broad precision medicine initiatives to improve health outcomes
- Further developed our clinical trial and testing solutions, real world evidence studies, and casual network models for drug discovery in oncology, autoimmune and rare diseases, while also launching new transformative partnerships focused on creating significant value for pharmaceutical and biotech companies
- Launched Sema4 Elements®, our portfolio of data science-driven products and services to support reproductive and generational health, including a newly enhanced version of Sema4's Expanded Carrier Screen for pregnancy planning
- Debuted on the Nasdaq Stock Market as a publicly traded company after completing a business combination with CM Life Sciences (Nasdaq: CMLF), a special purpose acquisition company (SPAC) sponsored by affiliates of Casdin Capital, LLC and Corvex Management LP

**Fourth Quarter and Full Year Financial Results**

*Total revenue for the fourth quarter of 2021 was $57.8 million compared to $64.0 million in the fourth quarter of 2020. Total revenue for the full year of 2021 was $212.2 million compared to $179.3 million for the full year of 2020. Year over year revenue growth was driven primarily by an increase in testing volumes of both our Women's Health and Oncology product lines.*

Cost of services was $60.6 million in the fourth quarter of 2021 compared to $69.6 million in the same period of 2020. The decrease was a result of lower volumes in our COVID-19 business and lower stock-based compensation expense, offset by increased headcount, investments in systems, and higher logistical and supply costs due to increased volumes in our non-COVID-19 business. We anticipate these new investments will enable us to support continued volume growth with significantly higher cost efficiencies over time. Cost of services was $228.8 million for the full year of 2021 compared to $175.3 million for the full year of 2020. The annual increase was driven by increased stock-based compensation expense, increased

headcount, and an increase in logistical expenses as a result of our expanded operations.

Adjusted cost of services, which excludes stock-based compensation expense and other one-time COVID-19-related expenses, was $58.0 million for the fourth quarter of 2021 compared to $43.5 million in the same period of 2020. Adjusted cost of services was $206.2 million for the full year of 2021 compared to $142.8 million for the full year of 2020.

Operating expenses for the fourth quarter of 2021 were $113.0 million compared to operating expenses of $119.4 million for the fourth quarter of 2020. The decrease in operating expenses was due in part to lower stock-based compensation expense, offset by higher personnel-related costs as we built out our laboratory operations and further invested in our health intelligence platform, as well as incremental public company expense. Operating expenses for the full year of 2021 were $429 .5 million compared to operating expenses of $246.0 million for the full year of 2020.

Adjusted operating expenses, which excludes stock-based compensation, for the fourth quarter of 2021 were $78.6 million compared to $38.9 million in the same period of 2020. Adjusted operating expenses, which excludes stock-based compensation expense and non-recurring transaction expenses, for the full year of 2021 were $227.2 million compared to $138.7 million for the full year of 2020.

Net loss for the fourth quarter of 2021 was ($40.2) million as compared to a net loss of ($125.7) million for the same period in 2020. Fourth quarter of 2021 net loss included other income of $76.2 million tied to the decrease in liabilities attributable to warrant and earn-out contingent liabilities recorded in connection with the merger with CM Life Sciences. Net loss for the full year of 2021 was ($245.4) million compared to a net loss of ($241.3) million for the full year of 2020.\

Total cash and cash equivalents were $400.6 million as of December 31, 2021. As of March 07, 2022, Sema4 had 244,959,781 outstanding shares of Class A common stock.

66.     Also on March 14, 2022, the Company held a conference call to discuss its fourth quarter and full year 2021 financial results. During the call, Defendants represented the following:

ERIC E. SCHADT, FOUNDER, CEO & DIRECTOR, SEMA4 HOLDINGS CORP.: Thank you, Joel, and thank you, everyone, for joining us on our fourth quarter and full year 2021 financial results conference call. I will begin with an overview of our performance, including the recent drivers of our success and future

drivers of growth before passing the call to Isaac for a financial update. We will then open the call for questions.

***2021 was a transformative year for Sema4, during which we drove record test volumes*** and grew our clinical molecular and patient databases listed on NASDAQ as a public company and advanced our strategic objectives to accelerate the growth of our platform of algorithms. Overall, I'm very excited by our organizational progress during a year that had more disruptive macro issues than I would have imagined heading into 2021.

\* \* \*

***In the fourth quarter, we delivered revenue of $47.3 million, excluding COVID, representing 24% growth compared to $38.2 million in the same period a year ago. Importantly, we continue to make substantial progress advancing key initiatives as evidenced by the nearly 83,000 resulted tests in the quarter, representing 37% growth compared to 61,000 resulted tests in the same period a year ago.***

\* \* \*

***We believe that Centrellis is the most extensive and fastest-growing database of clinically relevant patient data in the industry.*** Meanwhile, our next-gen sequencing capacity continues to expand, where we are expecting to grow genomic patient records more than 50% in 2022 over 2021.

\* \* \*

We are excited to partner with Katherine Stueland, CEO of GeneDx and the team from GeneDx, who share our vision of leveraging genomics in large-scale clinical and multiomic data to enhance the standard of care through precision medicine in partnership with patients and providers. ***Combining GeneDx's clinical genomic solutions with our core women's health business allows us to better serve health system and pharmaceutical and biotech partners in a more holistic way. This transaction will significantly enhance the power of our Centrellis database by adding more than 2.1 million expertly curated phenotypes and well over 300,000 clinical exomes that GeneDx has generated to date.*** Following the close of the acquisition, Sema4 will have the most comprehensive clinically relevant data set available for our research and development purposes.

\* \* \*

We are pleased to have recently announced our partnership with BioSymetrics focusing on data driven drug discovery to advance precision medicine. ***Together, we will leverage our proprietary health intelligence platform, Centrellis, in combination with Elion, BioSymetrics' phenotypic drug discovery platform to both experimentally validate our AI-based disease and risk models and to***

*discover new treatments initially in cardiovascular, rare and neurological diseases.*

\* \* \*

*This brings me to an update on our expanding data platform. We are pleased to see our growing patient and provider engagement translate into increasing test volumes with a total of 292,000 tests resulted in 2021, excluding* **COVID.** *This represents annual growth of 41% when compared to 208,000 tests resulted in 2020.*

*All areas of our core business are contributing to test volumes, including our recently launched product, Sema4 Elements.* Sema4 Elements is part of our women's hub portfolio and enables providers to treat patients holistically during their reproductive cancer and generational health journeys.

\* \* \*

ISAAC RO, CFO, SEMA4 HOLDINGS CORP.: Thank you, Eric. Turning to our fourth quarter and full year 2021 financial results. *Total revenue for the fourtH quarter of 2021 was $57.8 million, down 10% compared to $64 million in the fourth quarter of 2020. Diagnostic test revenue was $56.1 million in the fourth quarter o/2021, down 9% compared to $61.6 million in the same period o/2020. COVID-19 testing revenue in Q4 was $10.5 million, down 59% year-over-year, but was up 151% sequentially from the third quarter of 2021. Other revenue totaled $1. million in the fourth quarter of 2021 compared to $2.4 million in the fourth quarte of 2020. Excluding COVID 19, total revenue for the company in the fourth quarter of 2021 was up 24% year-over-year.*

*Total revenue for 2021 was $212.2 million, up 18% compared to $179.3 million I 2020. Diagnostic test revenue was $205.1 million in 2021, up 17% compared to $175.4 million in 2020. COVID-19 testing revenue in 2021 was $34.4 million, representing an annual increase of 4.8%. For the full year, other revenue totaled $7.1 million in 2021 compared to $4 million in 2020. The increase was mainly attributable to growth in collaboration service activities related to new partnerships with biopharma. Excluding COVID-19, total revenue for the full year of 2021 was up 21%.*

*Turning to volumes. We resulted approximately 83,000 diagnostic tests during the fourth quarter of 2021, excluding COVID-19. That was up 37% compared to the same period in 2020. We recorded 142% volume growth in oncology and this category now accounts for 6% of our total volume, excluding COVID-19.*

*Women's health volumes grew 33% in the fourth quarter compared to the same period in 2020. For the full year of 2021, we resulted approximately 292,000 diagnostic tests, excluding CO VID 19, up 41% compared to the full year of 2020.*

28

BRANDON COUILLARD, EQUITY ANALYST, JEFFERIES LLC, RESEARCH DIVISION: Maybe just start with Eric. In terms of the health systems, it'd be great to just maybe get some more detail, some more color on how you think those relationships are progressing? And I'm just trying to get a feel for how much these are contributing today, what the right metrics are that we should look at and where you kind of see thos partnerships that you have today advancing over the next 12 months?

ERICE. SCHADT: *Yes. Again, we're like super pleased with the health system partnerships we formed today and the performance between the Mount Sinai system, NorthShore and Avera in terms of testing volume now accounts for a substantial percentage of the testing volume. So the uptake and drive into those systems is going well. We talked about the level of uptake in the NorthShore system with respect to the genomic health screening as part of their population health program and the amount of translation of those screenings into heritable cancer screening. So that's all gone amazing and having over 90%. Not only 90% of those primary care physicians ordering that testing, but over 80% indicatin changes, substantial increases in standard of care, like are amazing.*

\* \* \*

MAX MASUCCI, SENIOR ANALYST, COWEN AND COMPANY, LLC, RESEARCH DIVISION: I would just be curious to start, was the deal with Biosymetrics driven more by Sema4's core capabilities with Centrellis? Or did GeneDx's whole exome database play a factor?

ERICE. SCHADT: *Yes, driven initially completely by the Centrellis platform, engaging a partner with significant high-content screening type capabilities, the ability to experimentally validate across a broad array of experimental systems, the kinds of predictions we make and the complex models we put together for disease.*

So helping validate and progress those models for better actionability, whether it's in clinical test, the clinical genomic testing or in the drug discovery partnerships we have with pharmaceutical companies, but then also better leveraging from our information assets to progress targets on our own in partnership with Biosymetrics.

The add of GeneDx into the mix just kind of accelerates in my view, the utility of that platform, especially in the rare disorder arena where the scales of data GeneDx brings to the table and the breadth of their testing across all of the children's hospitals and kind of that rare disorder space kind of gives us definitely a strategic advantage in kind of from identifying and prioritizing targets that we may progress to finding the right patient populations to further assess those models.

UNIDENTIFIED ANALYST: Great. And then looking forward to continued strong growth in your oncology business. Any additional color on the women's health versus oncology mix we can expect for the year?

ISAAC *RO: Yes. Maybe just high level, I would say that you're seeing the volume growth each of the last 2 quarters in oncology, triple digits. So while it's still relatively small absolute values versus the women's health business, you can clearly see that it is the fastest-growing part of our franchise, #1. And #2, we're growing much faster than the end markets. that we serve in that category.*

*So a lot of that's being enabled by the health system progress that we're making.* Eric touched on a lot of that. So we feel really good about the opportunity for our oncology franchise going forward. *I should also remind you that from a reimbursement perspective, we had a bunch of irons in the fire this year to drive better payment so that the revenue attached to our volume starts to catch up. And if we do that, that will also be important to improving our gross margin profile in the second half of the year.*

So lots going on in the oncology business on the internal side that's really positive and worth highlighting. And as we think about the feedback that we're getting, again, the consortium that we held with our health system partners, they're really excited about what we're able to enable for them and their patients with the data that wraps around the test ourselves -- themselves.

ERICE. SCHADT: *Yes. And maybe I just wanted to add a little on top of that, that it's -- on the women's health side, one of the big plays that we're making there and that are driving a significant part of that growth is through the oncology connection with women's health with diseases like breast and ovarian, endometrial cancer being reproductive health diseases and kind of offering our heritable cancer genomic testing solution in that arena, where we're getting kind of the best uptake in more traditional OB-GYN channels. And of course, also the partnerships around the somatic tumor profiling connected that with respect to breast and ovarian. So there's a lot of connectivity, again, driving across those different channels and in particular, with the health systems.*

And what I'll also say to Isaac's point on the fast growth and uptake in these systems on the oncology solution is kind of representative of there is no full precision oncology solution today. Nobody really has that today. And again, the testing is part of it, liquid biopsy may be part of it, the data is part of it, the patient engagement is part of it. But what the systems really need, what the physicians really need is a way to more effectively manage, engage that information, make decisions over time, and it's not a onetime episodic test that gets flipped. It's a way more holistic wraparound solution that we're providing.

67.     Also on March 14, 2022, the Company filed its annual report on Form 10-K for the period ended December 31, 2021 (the "2021 10-K"). The 2021 10-K also purported to warn:

> *If third-party payors, including managed care organizations, private health* insurers and government health plans, do not provide adequate reimbursement for our tests, or seek to amend or renegotiate their fee reimbursement schedules, *or if we are unable to comply with their requirements for reimbursement, our* commercial success could be negatively affected.
>
> Our ability to increase the number of billable tests and our revenue therefrom will depend on our success in achieving reimbursement for our tests from third-party payors....
>
> * * *
>
> A significant portion of the payments for our tests are paid or reimbursed under insurance programs with third-party payors. ***To contain reimbursement and utilization rates, third-party payors often attempt to, or do in fact, amend or renegotiate their fee reimbursement schedules. Loss of revenue caused by third-party payor cost containment efforts or an inability to negotiate satisfactory reimbursement rates could have a material adverse effect on our revenue and results of operations.***
>
> Furthermore, in cases where we or our partners have established reimbursement rates with third-party payors, we face additional challenges **in** complying with their procedural requirements for reimbursement. These requirements often vary from payer to payer and are reassessed by third party payors on a regular basis, and we have needed additional time and resources to comply with them. We have also experienced, and may continue to experience, delays in or denials of coverage if we do not adequately comply with these requirements. Our third-party payors have also requested, and in the future may request, audits of the amounts paid to us. We have been required to repay certain amounts to payers as a result of such audits, and we could be adversely affected if we are required to repay other payers for alleged overpayments due to lack of compliance with their reimbursement policies. In addition, we have experienced, and may continue to experience, delays in reimbursement when we transition to being an in-network provider with a payer.
>
> We expect to continue to focus our resources on increasing adoption of, and expanding coverage and reimbursement for, our current tests and any future tests we may develop or acquire. If we fail to expand and maintain broad adoption of, and coverage and reimbursement for, our tests, our ability to generate revenue could be harmed and our future prospects and our business could suffer.

31

68.     On May 12, 2022, Sema4 announced its first quarter 2022 financial results in a

press release that stated, in relevant part:

**Sema4 Reports First Quarter 2022 Financial Results and Business Highlights**

May 12, 2022

***Total revenue of $53.9 million***

1,300 basis points of sequential adjusted gross margin improvement Reaffirming full year 2022 proforma revenue target

New operating model and focus on efficiencies to reduce 2022 cash burn by an estimated $50 million, extending cash runway into 2024

Sema4 to host conference call today at 4:30 p.m. ET

STAMFORD, Conn., May 12, 2022 (GLOBE NEWSWIRE) -- Sema4 Holdings Corp. (Nasdaq: SMFR) ("Sema4"), an AI-driven genomic and clinical data intelligence platform company, today reported its financial results for the first quarter ended March 31, 2022 and provided an update on key strategic and operational initiatives.

"I am very pleased by our start to the year, which shows fundamental improvements from a financial perspective, as well as significant progress across our strategic objectives. We delivered record test volume and expanded engagement across our health system partnerships," said Eric Schadt, PhD, President and Chief Research & Development Officer of Sema4. "We were also delighted to complete the acquisition of GeneDx and welcome Katherine Stueland as our new CEO to further scale, operationalize, and strengthen Sema4."

"With the strength of Sema4's platform, the addition of GeneDx will accelerate the delivery of precision medicine and enable even broader data capabilities than before. We have strong momentum that puts us on a path to deliver on our 2022 pro forma revenue target of $350 million. In addition, we are focused on operating efficiencies that will reduce 2022 cash burn by an estimated $50 million compared to our original plan, extending our cash runway into 2024," said Katherine Stueland, Chief Executive Officer of Sema4. "Since closing the GeneDx acquisition, we have streamlined our leadership team and established a new, agile operating model to drive growth, operating efficiency, and the delivery of transformational partnerships, all of which put us on a scalable path to profitability. With this focus, we can realize our vision of applying the use of genomics and large-scale clinical data to set a new standard of care, enabling comprehensive family health, from

32

planning a pregnancy through every stage of life."

**First Quarter** & **Recent Highlights**

- ***Testing volumes were up 27% in the first quarter of 2022 compared to the*** same period of 2021, with 84,925 tests resulted (excluding COVID-19 tests)

- ***Total revenue in the first quarter of 2022, excluding COVID-19 testing revenue, was $50.1 million compared to $48.3 million in the same period of 2021. Total revenue in the first quarter of 2022, including COVID-19 testing revenue, was $53.9 million compared to $64.2 million in the same period of 2021***

- Completed the acquisition of GeneDx, Inc. ("GeneDx") at the end of April accelerating the Company's path to improving gross margins and ultimately towards profitability

- Streamlined the leadership team to enable focused execution across key growth priorities, operating efficiency, and transformational health system and biopharma partnerships

- Closed $200 million in financing via private placement from leading growth and life sciences investors, including Pfizer, in conjunction with the completion of the GeneDx acquisition

- Expanded REPRESENT study in March to run nationally in partnership with community oncologists caring for patients with advanced cancer in diverse and traditionally underserved populations

**First Quarter 2022 Financial Results**

Total **revenue for the first quarter of** 2022 was $53.9 million compared to $64.2 million in the first quarter of 2021. The decline in year over year revenue was primarily attributable to a decrease in COVID-19 test volumes as a result of the decision to discontinue testing services at the end of the first quarter of 2022. This was partially offset by an increase in testing volumes of both our Women's Health and Oncology product lines. First quarter revenue growth was 4% year-over-year and 6% sequentially (excluding COVID-19 testing revenue) vs. the fourth quarter of 2021.

Gross margin for the first quarter of 2022 was 10%. Adjusted gross margin for the first quarter of 2022 was 13%, as compared to adjusted gross margin of 22% for the same period in the prior year. Adjusted gross margin was up roughly 1,300 basis points sequentially vs. the fourth quarter of 2021.

Operating expenses for the first quarter of 2022 were $94.9 million. Adjusted

operating expenses for the first quarter of 2022, which excludes stock-based compensation, restructuring, and transaction expenses, were $71.8 million compared to $43.9 million in the same period of 2021.

Net loss for the first quarter of 2022 was ($76.9) million. Adjusted net loss for the first quarter of 2022 was ($65.9) million compared to ($24.9) million in the same period of 2021.

Total cash and cash equivalents were $315.0 million as of March 31, 2022 and the Company's $125 million revolving credit facility remains undrawn, bringing total liquidity to $440.0 million. As of April 29, 2022, Sema4 had 377,249,186 outstanding shares of Class A common stock.

69.     Also on May 12, 2022, the Company held a conference call to discuss its

first quarter 2022 financial results.  During the conference call, defendant Ro represented the

following:

ISAAC RO, CFO, SEMA4 HOLDINGS CORP.: Thank you, Eric. Turning to our financial results for the first quarter of 2022. ***Total Sema4 revenue in the first quarter*** of 2022 ***was $53.9 million compared to $64.2 million in the first quarter of*** 2021. ***Excluding COVID-19, total revenue in the first quarter was $50.1 million, up 4% year-on-year and up 6% versus the fourth quarter of 2021. Regarding volumes, we achieved a new record this quarter with 84,925 resulted tests, excluding COVID. This represents a*** 27% ***year-over-year increase versus the first quarter of 2021. Women's Health grew*** 23% ***and Oncology grew 159%.***

* * *

MARK ANTHONY MASSARO, MD & LIFE SCIENCE & DIAGNOSTIC TOOLS ANALYST, BTIG, LLC, RESEARCH DIVISION: Congrats on the
quarter. I guess I wanted to ask about underlying volume trends. Do you think that the 23% and 159% growth rates in Q1 for Women's Health and Oncology are reasonable run rates as we look out later into this year? And maybe can you just remind us where exactly, maybe help us think about the particular growth rates between legacy Sema4 and legacy GeneDx?

ISAAC RO: Mark, thanks for that question. So just a reminder that Q1 this year was a comp over the peak COVID period last year, right? So I'm sure you knew that. But as we think about the rest of the year, we feel really good about what we're seeing in the channel with our commercial team. We're obviously just getting married together between the 2 sides. ***So we think that we're off to a strong start. That should continue as the year progresses. We'll, of course,***

*provide more detail on the quarters as we progress into the year. But right now, we're off to a strong start. We thought it was sufficient to reiterate the guidance.*

\* \* \*

OPERATOR: Our next question comes from Brandon Couillard with Jefferies.

MATT KIM: This is Matt on for Brandon. Just one quick one on pricing. It looked like solid progress there sequentially in the quarter. Can you just talk about some of the initiatives you expect to come online in the back half of the year that you previously highlighted, I think, in oncology and market access and kind of where you see ASPs headed from here for the rest of the year?

ISAAC RO: Sure. Matt, thank you. So on the pricing side, the most important thing, I think, is the fact that our team is materially strengthened from where it was even at the start of the year. We've, on the Sema4 side, expanded that team with a new leadership and then, of course, with GeneDx, massively increased the scale of that team. *So now that we've got a really significant capability that we didn't have just a few quarters ago, we're in a position to, I think, push on several fronts to drive better ASPs.*

Of course, on the oncology front, we've talked before *about pushing forward with reimbursement for somatic profiling. That's making good progress and on track with our plan to realize better reimbursement by the middle part of the year. And then on the market access side, there's just a huge universe of ways in which we can optimize our efforts in partnership with our commercial team, in partnership with payers, in partnership with our health system partners, a whole bunch of things that I would say, together, should allow us to, with the same amount of volume like-for- like, drive better amounts of revenue and, therefore, ASP. So I'm personally very excited about the opportunity that we have this year to drive improvement there. It's a meaningful part of the gross margin improvement strategy.*

\* \* \*

MAX MASUCCI, MD AND SENIOR RESEARCH ANALYST, COWEN AND COMPANY, LLC, RESEARCH DIVISION: First one for Isaac. Can you just walk us through maybe the reimbursement dynamics that played into the gross margin beat in the quarter and the raised guide, if we do separate those from some of the lab operation improvements and other factors?

ISAAC RO: *Yes. Sure, Max. So I wouldn't say that reimbursement changed dramatically in Q1. We obviously, like I said earlier, had the benefit of a little mix. But really, it was, what I would call, a quarter of relative stability, and*

*that's what we've been working towards. And as you look at the rest of the year, there will be some moving parts. But in general, we're obviously very excited about the potential for better reimbursement in oncology. As I mentioned earlier, that's something that's around the corner. And then as we look at the rest of the business, a lot of the opportunity around ASP really relates mostly towards improved billing collections, that kind of thing. Future contracting is also important. It takes a little bit more time for that to work through the numbers. But there's a bunch of levers that we're pulling that will translate into better ASP, and reimbursement is just one variable in the equation.*

\* \* \*

DAVID GRAYES DELAHUNT, ASSOCIATE, GOLDMAN SACHS GROUP, INC., RESEARCH DIVISION: This is Dave. Congrats on the strong quarter. In oncology, can you double-click on some of the biggest volume drivers? What are the most popular oncology panels you're seeing and any trends there, such as increasing interest in bigger panels?

ISAAC RO: Yes. Sure. Dave, thank you. So remember, in oncology, our portfolio today is really 2 major product lines: the hereditary cancer risk test as well as the somatic profiling. And the former is much larger from a volume standpoint. *So when you look at the total performance in the quarter, with 159% growth, most of that was in the HC business, which continues to do very well for us, both in the broader market as well as with some of the health system partners with whom we're working where we've mentioned in the past, we've been able to drive much higher rates of compliance relative to the targeted populations, thanks to our sort of comprehensive platform and partnership model. So I think that's a good validation that we're doing well.*

*And then we're just scratching the surface in somatic where there's, obviously, a huge opportunity to drive a higher rate of market adoption for a really, really valuable testing category. And we think we've got a very unique and best-in-class solution there.* So even though we're a smaller player today, we think our opportunity to be much bigger continues to be very compelling. *And of course, in lockstep with volume, we want to generate a higher rate of revenue attached to those volumes which is, as I mentioned earlier, we're on track for.* So in general, good momentum in the Oncology business, lots of opportunity ahead of us. And stay tuned, we expect this topic will be a bigger area of conversation as the year progresses.

70.     On June 16, 2022, the Company participated in the Goldman Sachs Global Healthcare Conference.  During the conference, defendant Stueland represented the following:

> MATTHEW CARLISLE SYKES: Great. Thank you for that overview, Katherine. Appreciate it. Maybe you talked a little bit about the gross margin improvement and the 30% exit rate implied in your guidance. How should we be thinking about some of the drivers from both the Sema4 and a GeneDx perspective? Maybe if we can dig a little bit deeper into that?

> KATHERINE A. STUELAND: Certainly. And I invite Joel to certainly contribute to this. But I think there's really 3 opportunities for us. One, of course, there is top line revenue growth that as we think about expanding utilization of our testing and reproductive health in the pediatric setting as well as oncology health systems. There is a lot of opportunity for us to expand utilization with new customers.

> ***So there is top line growth in terms of volume, revenue and improved ASPs.*** We have COGS reductions that are underway for Sema4 standalone, but also utilizing some of GeneDx's best-in class COGS approaches. So that's another really important opportunity for us as well.

> And then, of course, overall operating efficiencies across the entire business, we're really being able to - we're taking a close look at how the entire business is operating and ensuring that we're really targeting revenue that is high-value revenue, I think when you're in a high growth stage for the company, really attuning the commercial

## SEMA4 CLOSES LAB AND TRIMS BUSINESS PLANS

71.     On November 14, 2022, Defendants announced the elimination of the Company's core business-its reproductive health testing market by year-end  2022, along with its somatic oncology testing operations, as these segments had been losing about $35 million per quarter and faced multiple challenges in terms of reimbursement, lack of scale and competition.  In connection with the elimination of the reproductive health testing segment, defendants stated they would close the Company's Stamford, CT lab.  Defendants stated that they had hired an advisor to find a buyer for the Company's reproductive health testing segment, but such efforts were unsuccessful.  Defendants stated that going forward, the Company's business would focus

on GeneDx's more differentiated exome and genome testing focused on pediatric and rare disease markets.  Defendants also announced yet another workforce reduction of about 500 employees (or 1/3 of the workforce).

72.     On January 9, 2023, the Company issued a press release entitled "Sema4 Announces Name Change to GeneDx and Provides Preliminary 2022 Financial Results and 2023 Guidance. Within the press release, the Company stated the following:

> STAMFORD, Conn, Jan. 09, 2023 (GLOBE NEWSWIRE) -- Sema4 (Nasdaq: SMFR) today announced it has changed its name from Sema4 Holdings Corp. to GeneDx Holdings Corp. GeneDx (Nasdaq: WGS), a leader in delivering improved health outcomes through genomic and clinical insights, is uniquely positioned to accelerate the use of genomic and large-scale clinical information to enable precision medicine as the standard of care.
>
> GeneDx's industry-leading exome and genome testing is enhanced by Centrellis®, its innovative health information platform. Powered by one of the world's largest rare-disease datasets and millions of medical records, Centrellis integrates digital tools with artificial intelligence to ingest and synthesize clinical and genomic data. GeneDx is developing a more complete understanding of complex disease than ever before, which translates to faster diagnoses, more effective treatment plans and enhanced drug discovery.
>
> "For more than 20 years, GeneDx has earned the constant trust of the world's genetics experts, while pioneering and increasing the use of its clinically actionable exome and genome analysis. By combining the best of GeneDx and Sema4 to continue our growth, we sit at the intersection of diagnostics and data science, pairing decades of genomic interpretation expertise with an unmatched ability to analyze clinical data at scale. GeneDx now has the capability to combine the power of genomic insights with clinical data to improve health care for people and populations," said Katherine Stueland, President and CEO of GeneDx.
>
> In conjunction with the name change, GeneDx's shares of Class A common stock will trade under the new ticker symbol "WGS," in recognition of the Company's role in pioneering whole genome sequencing (WGS). The company expects its shares of Class A common stock will begin trading on the NASDAQ Stock Market under the new name and stock ticker symbol on January 10, 2023.
>
> **I.     Preliminary 2022 Financial Results (Unaudited)**
>
> Excluding revenues and costs from the previously announced exited reproductive health and somatic tumor testing businesses, management expects GeneDx to:

- Generate pro forma revenues between $170-173 million in 2022, an approximate 37-40% increase from pro forma $123.7 million in 2021;
- Produce pro forma test result volume of more than 180,000 in 2022, an approximate 23% increase from proforma test result volume of 147,000 in 2021; and
- Deliver proforma adjusted gross margin between 38-41% in 2022, up from 34% in 2021.

"We are pleased by the acceleration of our business throughout 2022, especially the fourth quarter which set a new all-time high for test result volume. Our preliminary results, which exceeded our outlook a year ago, validate our strategy to target higher growth areas of the genomics market," said Kevin Feeley, Chief Financial Officer of GeneDx.

II.     **2023 Guidance (Unaudited)**

The continuing operations of GeneDx, excluding revenues and costs from exited business activities, are expected to:

- Generate revenues between $205-220 million for full year 2023;
- Expand gross margin profile in 2023 and beyond;
- Use net $95-110 million of cash in 2023 for continuing operations. Inclusive of servicing obligations of the exited business activities, the Company's cash bum in 2023 is expected to be in the range of $130-145 million and;
- Turn profitable in 2025.

GeneDx has not completed the preparation of its consolidated financial statements for the year ended December 31, 2022. The preliminary, unaudited results presented in this press release for the year ended December 31, 2022, are based on current expectations and are subject to adjustment, as the company completes the preparation of its 2022 year-end consolidated financial statements and its 2022 year-end audit. Further, the preliminary unadjusted results for 2022 and the comparable results for 2021 are presented on a pro forma basis assuming GeneDx and Sema4 were combined for the entirety of 2021 and 2022 and exclude the revenues and costs from the exited reproductive health and somatic tumor testing businesses. Actual results may differ materially from those disclosed in this press release and will include the results of the legacy GeneDx business only from the date of Sema4 Holdings Corp.'s acquisition of GeneDx on April 29, 2022, the purchase accounting associated with the acquisition of GeneDx, and will also include the financial impacts of exited Sema4 business activities for the full year.

GeneDx will report its full financial results and other metrics during its fourth quarter and year-end 2022 conference call in early March.

73.     On January 10, 2023, the *CT Insider* issued an article entitled "Embattled CT company Sema4 announces name change as it cuts jobs," which reported the following:

STAMFORD - Genomic testing company Sema4, which recently announced plans to cut several hundred jobs and close its laboratories in Connecticut, announced Monday the change of its name to GeneDx, the Maryland-based genomic testing provider that it acquired last year.

The new name is the latest sign of the far-reaching impact of the acquisition of GeneDx, whose chief executive officer, Katherine Stueland, is now the combined companies' CEO and president.

Since its spin-off in 2017 from the Mount Sinai Health System, Sema4 had gone by that name, which refers to semaphore, a system used to send signals. In previous statements, the company has said it aimed to "discern signal from noise across trillions of data points" to gain insights into human health.

"For more than 20 years, GeneDx has earned the constant trust of the world's genetics experts, while pioneering and increasing the use of its clinically actionable exome and genome analysis," Stueland said in a statement. "By combining the best of GeneDx and Sema4 to continue our growth, we sit at the intersection of diagnostics and data science, pairing decades of genomic interpretation expertise with an unmatched ability to analyze clinical data at scale. GeneDx now has the capability to combine the power of genomic insights with clinical data to improve health care for people and populations."

The name change does not indicate, however, any plans by the company to move its headquarters to Gaithersburg, Md., the home city of GeneDx. In response to an inquiry from Hearst Connecticut Media Group, a Sema4 spokesperson said Monday that the main offices would remain at 333 Ludlow St., in the South End of Stamford.

***But the lab shutdowns in Connecticut are proceeding. The facilities at 1 Commercial St., in Branford, and 62 Southfield Ave., in Stamford, are scheduled to close by the end of the first quarter of this year, according to the spokesperson. Those shutdowns, which were announced last year, reflect the company's exit from testing for reproductive health and somatic tumors. A facility in Gaithersburg will serve as the company's primary lab.***

As a result of the restructuring, the company also announced last year two rounds of layoffs, affecting a total about 700 employees - with those positions largely based in Connecticut. The company now has about 1,100 employees.

Alongside the name change, GeneDx's shares of Class A common stock will trade under a new ticker symbol, "WGS," which recognizes the company's role in "pioneering" whole genome sequencing. The company expects its shares of Class A common stock to start trading Tuesday on the NASDAQ Stock Market under the new name and ticker symbol.

Also Monday, the company disclosed preliminary results for the past year and some

projections about its performance. It expects its "pro forma" 2022 revenues to increase about 37 to 40 percent year over year, to between $170 million and $173 million. Those numbers exclude returns from reproductive health and somatic tumor testing.

The company expects further revenue growth in 2023, while it aims to turn profitable in 2025. For the first nine months of 2022, it sustained a loss of about $240 million.

Following Monday's announcements, the company's shares closed for the day at $0.31, a 27 percent jump from last Friday. ***But its share price has declined precipitously in recent months, as it was worth about 15 times its current value at this point a year ago.***

***As a result of the plunge, the company was informed on Dec. 28 by Nasdaq that, based on the closing bid price of its Class A common stock for the past 30 trading days, it no longer complied with the required minimum bid price of $1 per share for continued listing on the Global Select Market.***

The notice had no immediate effect because the company was given an initial compliance period of 180 days. To regain compliance, the closing bid price of the Class A common stock must reach at least $1 per share for a minimum of 10 consecutive trading days before June 26.

## THE MISREPRESENTATIONS CONCERNED SEMA4'S CORE OPERATIONS

74.     The misrepresentations at issue concerned Sema4's core operations. The

Company's core business was its diagnostic testing-for example, in 2021, 76% of the Company's

revenue was generated by reimbursement from health plans for its diagnostic testing. However,

the Individual Defendants touted the Company's expansion beyond diagnostic testing into data

platforms, namely, its core information platform called Centrellis as a major driver of the

Company's ongoing success.

75.     Sema4's diagnostic testing business was dependent on the extent that payors would

reimburse patients for the Company's diagnostic tests-indeed, as stated in the Company's 2021

Form 10-K:

> Sales of our products and services will therefore depend substantially on the extent to which the costs of our products and services will be paid by third- party payors      Our ability to increase the number of billable tests and our revenue therefrom will depend on our success in achieving reimbursement for our tests from third-party payors.

76.     During 2021, reimbursement from health plans represented 79% and 76% of the Company's diagnostic test revenue and total revenue, respectively.  In 2021, two health plans each represented 10% or more of the Company's total revenue.  The Company's ability to increase test volumes, ASPs and the Company's overall success was dependent on receiving adequate reimbursement for its tests.  And to achieve adequate reimbursement for its tests, the Company needed to become in network with as many major payors as possible because otherwise, patients would be far less likely to order testing if their insurance was not going to provide coverage for the costs of testing and physicians would be less likely to recommend the Company's products or services to patients.

77.     The Company also stood to enter a lucrative agreement with GeneDx upon raising sufficient capital to finance the acquisition, which defendants represented to investors would markedly increase the Company's total revenues and would enhance the Company's business opportunities and profitability, particularly with respect to Centrellis.  For example, on the Company's Q4 2021 public conference call on March 14, 2022, defendant Schadt stated:

> Building upon the success that has propelled Sema4, we recently announced our plans to acquire GeneDx, a world leader in the delivery of clinical genomic solutions for rare disorders.  The acquisition of GeneDx will transform Sema4 into a larger and stronger company with a faster path to profitability .... [W]e project that the combined company will deliver annual revenue of approximately $350 million in 2022 .... This transaction will significantly enhance the power of our Centrellis database by adding more than 2.1 million expertly curated phenotypes and well over 300,000 clinical exomes that GeneDx has generated to date.

> Following the close of the acqisition, Sema4 will have the most comprehensive clinically relevant data set available for our research and development purposes.

78.     That the Individual Defendants were at all relevant times, high-ranking executives and officers of the Company who were involved in the Company's day-to-day operations, demonstrates their knowledge of the falsity of the misrepresentations. Defendant Schadt, as

founder, CEO and then co-CEO of the Company until August 15, 2022, undoubtedly knew and had access to material adverse information.  Indeed, as the Company indicated in its 2021 Form 10-K, "[t]he Company operates and manages its business as one reportable operating segment based on how the Chief Executive Officer (Schadt), who is the Company's chief operating decision maker ("CODM"), assess performance and allocates resources across the business." Defendant Schadt signed and certified pursuant to the Sarbanes-Oxley Act of 2002 the Company's 2021 Form 10-K, filed with the SEC on March 14, 2022. Defendant Schadt also signed the Company's registration statement filed on Form S-1 with the SEC on May 3, 2022.

79.     Defendant Ro, who served as the Company's CFO until June 14, 2022, also signed and certified the Company's SEC filings pursuant to the Sarbanes-Oxley Act of 2002, including the Company's 2021 Form 10-K and the Company's Form 10-Q filed with the SEC on May 12, 2022. Defendant Ro also signed the Company's registration statement filed on Form S-1 with the SEC on May 3, 2022

80.     As part of its acquisition of GeneDx from Opko Health, Sema4 named former GeneDx President and CEO Katherine Stueland as its new CEO in May 2022.  Defendant Stueland replaced Sema4 Founder defendant Schadt, who became president and chief R&D officer.  This represents a change from previously announced plans for defendants Stueland and Schadt to share the CEO role. Additionally, in the Company's June 14, 2022 press release, Sema4 announced that effective immediately, defendant Miao, who previously served as Sema4's Deputy CFO, would serve as Interim CFO while the Company conducted a search for a permanent CFO.  The Company indicated in the press release that "Mr. Miao has more than 18 years of experience in Corporate Finance across multiple growth industries and will report directly to Ms. Stueland in his interim role."

81.     Defendant Stueland signed and certified the Company's Relevant Period SEC filings pursuant to the Sarbanes-Oxley Act of 2002, including the Company's Form 10-Q filed with the SEC on May 12, 2022 and the Company's Form 10-Q filed with the SEC on August 15, 2022. Defendant Stueland also signed the Company's registration statement filed on Form S-1 with the SEC on May 3, 2022.

82.     Defendant Miao signed and certified the Company's Relevant Period SEC filings pursuant to the Sarbanes-Oxley Act of 2002, including the Company's Form 10-Q filed with the SEC on August 15, 2022.

## SEMA4 CONCEDES CURRENT AND PAST MATERIAL WEAKNESSES IN FINANCIAL REPORTING

83.     Sema4 has a longstanding systemic problem managing its internal controls and financial reporting for at least the last three years.

84.     As recently as February 23, 2024, Sema4 disclosed it had material weaknesses in its financial reporting.

85.     As stated in the Company's 2023 Form 10-K filed with the SEC on February 23, 2024, "in the course of preparing Legacy Sema4's financial statements as of December 31, 2020, we previously identified material weaknesses in our internal control over financial reporting. Certain of these material weaknesses remain as of December 31, 2023."

86.     The material weakness conceded in the 2023 10-K filed with the SEC on February 23, 2024 was also acknowledged by the Company in its 2021 Form 10-K filed on March 14, 2022.

87.     As stated in the Company's 2021 Form 10-K, the Company identified material weaknesses in its internal control over financial reporting as of December 31, 2020, which had not been fully remediated as of December 31, 2021. Further, "during 2021, management identified a

misclassification related to certain costs included within cost of services for the years ended December 31, 2021, 2020 and 2019." The material weaknesses management identified included the following:

- We did not design and maintain accounting policies, processes and controls to analyze, account for and report our revenue arrangements in accordance with ASC 606, Revenue from Contracts with Customers, and ASC 605, Revenue Recognition.

- We did not design and maintain formal accounting policies, procedures and controls to achieve complete, accurate and timely financial accounting, reporting and disclosures, including controls over the preparation and review of account reconciliations and journal entries; the accounting for cost capitalization policies in accordance with ASC 330, Inventory, and ASC 350-40, Intangibles-Goodwill and Other- Internal-Use Software; and the application of ASC 840, Leases.

- We had not developed and effectively communicated to our employees our accounting policies and procedures, which resulted in inconsistent practices. Since these entity level programs have a pervasive effect across the organization, management has determined that these circumstances constitute a material weakness.

- Our accounting and operating systems lacked controls over access, and program change management that are needed to ensure access to financial data is adequately restricted to appropriate personnel.

- We do not have sufficient, qualified finance and accounting staff with the appropriate U.S. GAAP technical accounting expertise to identify, evaluate and account for accounting and financial reporting, and effectively design and implement systems and processes that allow for the timely production of accurate financial information in accordance with internal financial reporting timelines, commensurate with our size and the nature and complexity of our operations. As a result, we did not design and maintain formal accounting policies, processes and controls related to complex transactions necessary for an effective financial reporting process.

88.     In connection with these material weaknesses in internal control over financial reporting, the Company had to restate its annual 2020 and 2019 financial statements to correct misstatements pertaining to the misclassification of certain expenses related to the genetic counseling department reported in cost of services that should have been reported in selling and marketing in the prior period financial statements.

89.     Additionally, the Company restated 2021 and 2020 interim financial statements. The Company identified quarterly out of period adjustments generally related to recognition of cost of services in the quarterly periods ended March 31, 2021, June 30, 2021 and September 30, 2021. The adjustments also affected certain current asset and liability accounts previously reported in the condensed balance sheets as of March 31, 2021 and June 30, 2021 and condensed consolidated balance sheets as of September 30, 2021.

**THE OFFICERS AND DIECTORS WERE DERELICT IN THEIR DUTIES TO INVESTIGATE, MITIGATE OR REMEDY THE FINANCIAL CONTROLS WEAKNESS**

90.     Despite the material weakness weaknesses in internal control over financial reporting for several years, Defendants failed to take reasonable steps as officers and directors to rectify the accounting and corporate governance problems plaguing the Company.

91.     On or about November 4, 2022, plaintiff sent the Section 220 Demand requesting certain books and records.









### *Former Sema4 Employees*

102.   As set forth above, the Securities Class Action alleged former employees at Sema4 had intimate knowledge of the affairs of the Company and whose knowledge demonstrates that the Defendants violated the code of conduct and were materially misrepresenting the state of the Company to the investing public.

103.   The first former employee ("FE 1"), who served as Senior Vice President, Production Bioinformatics at Sema4 from February 2020 through September 2022, stated that payor reimbursements were at risk as early as mid-2020 and recalls seeing an email from Schadt from this time period stating, "The reimbursements are under attack"-meaning payors and health systems were claiming that they did not have to pay the Company's bills at full rate because the Company was charging such high prices.

104.   FE 1 stated that also in mid-2020, Schadt tasked the Chief Health Information Officer, Rong Chen with writing a paper that would demonstrate better outcomes from the Company's comprehensive Expanded Carrier Test, because at this point, there were already hundreds of thousands of patients-accordingly, Schadt told Chen to as urgently as possible, write some papers to support the Company's expanded testing because the Company knew that reimbursements would suffer if they did not have any publications backing up their testing. He knew about Schadt's request to Chen because Schadt directly emailed FE 1 and told FE 1, "You've

got to get Rong this data because it impacts our reimbursement rates." FE 1 stated that Defendants were doing big, intensive research projects to try to get out in front of the fact that they knew their "position on reimbursement was pretty weak-that the billing wasn't supported by the current standard of care or science .... The reason we were so urgent to get that information out there is because we knew our reimbursement rates were in trouble." FE 1 recalled that ultimately, Chen put out a paper, but FE 1 was not aware of Chen's findings ever having been peer-reviewed.

105.    The second and third former employee ("FE 2") and ("FE 3"), both of whom worked in Sema4's billing department and reported to Sema4's Revenue Cycle Manager, Marta Ales, during their respective tenures, stated that they received numerous calls and written correspondence on behalf of insurers that were requesting refunds from overpayments to Sema4 and that no one responded to these inquiries, let alone take any action in connection with rectifying the concerns raised in the inquiries.

106.    FE 2 received calls regarding insurers requesting refunds for overpayments regularly during their tenure, at least twice or three times per month and that there were eight or nine other people besides FE 2 that were responsible for handling such calls. FE 2 and FE 2's co-workers would relay these messages to Ales, but Ales would just ask them to send the messages to voicemail-FE 2 understood this to mean that the manager did not intend to follow up with the insurer requests and that FE 5 received such calls over and over which informed FE 5 that indeed their manager was not addressing these issues. FE 2 noted that the amounts of the overpayments varied but were always in the thousands.

107.    FE 3's job duties included retrieving mail at the Company for most of 2021 and recalled receiving letters requesting recoupments for overpayments throughout that time. According to FE 3, Ales told FE 3 "specifically that the higher-ups had said to disregard the[ ]

[letters] and they'd provide instructions later-however, FE 3 and FE 3's coworkers never received any such instructions. FE 3 understood that the instructions to disregard the letters came from Sean Lunde, Sema4's Vice President of Finance and Strategy. FE 3 and FE 3's co-workers would simply shred the letters, which FE 3 thought was "ridiculous." FE 3 stated that the practice of disregarding and shredding letters requesting recoupments for overpayments persisted through the end of FE 3's tenure with Sema4.

**Harm to the Company**

108.     As a direct and proximate result of the Individual Defendants' misconduct, Sema4 has lost and expended, and will lose and expend, millions of dollars.

109.     Such expenditures include, but are not limited to, legal fees associated with the Securities Action filed against the Company and its executives, and amounts paid to outside lawyers, accountants, and investigators in connection thereto.

110.     Such expenditures also include, but are not limited to, the cost of implementing measures to remediate the material weaknesses in the Company's internal control over financial reporting.

111.     Such losses also include, but are not limited to, significant compensation and benefits paid to the Individual Defendants who breached their fiduciary duties to the Company, including bonuses tied to the Company's attainment of certain objectives, and benefits paid to the Individual Defendants who breached their fiduciary duties to the Company.

112.     As a direct and proximate result of the Individual Defendants' conduct, Sema4 has also suffered and will continue to suffer a loss of reputation and goodwill, and a "liar's discount" that will plague the Company's stock in the future due to the Company's misrepresentations and the Individual Defendants' breaches of fiduciary duties and unjust enrichment.

**DERIVATIVE AND DEMAND FUTILITY ALLEGATIONS**

113.    Plaintiff brings this action derivatively in the right and for the benefit of the Company to redress injuries suffered and to be suffered as a direct and proximate result of the breaches of fiduciary duties by the Individual Defendants.

114.    Sema4 is named solely as a nominal party in this action.  This is not a collusive action to confer jurisdiction on this Court that it would otherwise not have.

115.    Plaintiff is an owner of GeneDx, formerly Sema4, common stock and has been a continuous shareholder of Company stock at all relevant times.

116.    Plaintiff will adequately and fairly represent the interests of the Company in enforcing and prosecuting its rights and retained counsel competent and experienced in derivative litigation.

117.    At the time this action was commenced, the seven-member Board consisted of Director Defendants Stueland, Ryan, Casdin, Leproust, Meister, and Ruch and non-defendant Richard Pfenninger, Jr.

118.    As set forth below, six of the seven members of the current Board are incapable of making an independent and disinterested decision to institute and vigorously prosecute this action because they are either explicitly not independent and/or face a substantial likelihood of liability for misconduct alleged herein. Therefore, demand on the Board to institute this action is not necessary because such a demand would have been a futile and useless act.

119.    The Director Defendants either knew, or should have known, of the materially false and misleading statements that were issued on the Company's behalf and took no steps in a good faith effort to prevent or remedy that situation.

120.     Each of the Director Defendants approved and/or permitted the wrongs alleged herein to have occurred and participated in efforts to conceal or disguise those wrongs from the Company's stockholders or recklessly and/or with gross negligence disregarded the wrongs complained of herein and are therefore not disinterested parties.

121.     Each of the Director Defendants authorized and/or permitted false statements to be disseminated directly to the public and made available and distributed to shareholders, authorized and/or permitted the issuance of various false and misleading statements, and are principal beneficiaries of the wrongdoing alleged herein, and thus, could not fairly and fully prosecute such a suit even if they instituted it.

**Stueland**

122.     Director Defendant Stueland is the CEO and cannot be independent by virtue of her employment with the Company as mandated by Nasdaq listing standards.  The Company's proxy filed April 29, 2024 confirms that she does not qualify as an independent director under Nasdaq listing standards.  She has also been named as a defendant in the Securities Action and, therefore, faces a substantial likelihood of liability for issuing and/or authorizing the issuance of the same materially false and misleading statements at issue in this action. Defendant Stueland, therefore, cannot exercise independent business judgment regarding allegations that arise from the same misconduct alleged here and in the Securities Action. Thus, any demand upon defendant Stueland would be futile.

**Ryan**

123.     Director Defendant Ryan's employment agreement with the Company expired on December 31, 2023, and in accordance with its terms, on February 23, 2024, Jason Ryan resigned from his officer position as the Executive Chairman of the Company, effective February

23, 2024. Mr. Ryan continues to serve as a member of and as the Chairman of the Board of Directors.  Per the Company's proxy filed April 29, 2024, Mr. Ryan does not qualify as an independent director under Nasdaq listing standards.

**Audit Committee Defendants**

124.    Defendants Leproust and Meister (the "Audit Committee Defendants") serve on the Company's Audit Committee and, pursuant to the Audit Committee Charter, were specifically charged with the responsibility to assist the Board in fulfilling its oversight responsibilities related to, *inter alia,* financial accounting and reporting, the underlying internal controls and procedures over financial reporting, and audits of the financial statements.

125.    The Company confirmed these Audit Committee Defendants failed their financial accounting and reporting duties as advised in its 2024 10-K which stated "[i]n the course of preparing Legacy Sema4's financial statements as of December 31, 2020, we previously identified material weaknesses in our internal control over financial reporting. Certain of these material weaknesses remain unremediated as of December 31, 2023. For a discussion of these material weaknesses, see "Item 9A. Controls and Procedures."

126.    As such, the Audit Committee Defendants breached their fiduciary duty to the Company by failing to prevent, correct, or inform the Board of the issuance of material misstatements and omissions regarding the Company's business, finances, and operations as alleged above. Therefore, the Audit Committee Defendants cannot independently consider any demand to sue themselves for breaching their fiduciary duties to the Company, as that would expose them to substantial liability and threaten their livelihoods.

████████████████████████████████████████████████████████

██████████

**10-K Defendants**

128.    Director Defendants Casdin, Leproust, Meister, and Ruch signed the 2021 10-K. The 2021 10-K was materially false and misleading as evidenced by the 2024 10-K which stated "[i]n the course of preparing Legacy Sema4's financial statements as of December 31, 2020, we previously identified material weaknesses in our internal control over financial reporting. Certain of these material weaknesses remain unremediated as of December 31, 2023."

129.    As such, the Director Defendants willfully ignored, or recklessly failed to inform themselves of, the obvious problems with the Company's internal controls, practices, and procedures and failed to make a good faith effort to correct the problems or prevent their recurrence

130.    Additionally, the Director Defendants took no action to redress the harm suffered by the Company resulting from the misconduct alleged herein.  The 220 document production reflects ██████████████████████████████████████████████████

██████████████████████████████████████████████████████████

██████████████

131.    The Director Defendants, as members of the Board, were and are subject to the Company's Code of Conduct. The Code of Conduct goes well beyond the basic fiduciary duties required by applicable laws, rules, and regulations, requiring the Director Defendants to also adhere to the Company's standards of business conduct. The Director Defendants violated the Code of Conduct because they knowingly or recklessly participated in making and/or causing the Company to make the materially false and misleading statements alleged herein. Because the

Director Defendants violated the Code of Conduct, they face a substantial likelihood of liability for breaching their fiduciary duties, and therefore demand upon them is futile.'

132.    Moreover, the Director Defendants have taken no remedial action to redress the conduct alleged herein.

## COUNT I
### Against the Individual Defendants
*for Violations of Section 14(a) of the Exchange Act*

133.    Plaintiff repeats and realleges each and every allegation set forth above, as though fully set forth herein.

134.    The Section 14(a) Exchange Act claims alleged herein are based solely on negligence. They are not based on any allegation of reckless or knowing conduct by or on behalf of the Individual Defendants. The Section 14(a) claims alleged herein do not allege and do not sound in fraud. Plaintiff specifically disclaims any allegations of reliance upon any allegation of, or reference to any allegation of fraud, scienter, or recklessness with regard to these non-fraud claims.

135.    Section 14(a) of the Exchange Act, 15 U.S.C. § 78n(a)(1), provides that "[i]t shall be unlawful for any person, by use of the mails or by any means or instrumentality of interstate commerce or of any facility of a national securities exchange or otherwise, in contravention of such rules and regulations as the [SEC] may prescribe as necessary or appropriate in the public interest or for the protection of investors, to solicit or to permit the use of his name to solicit any proxy or consent or authorization in respect of any security (other than an exempted security) registered pursuant to section 12 of this title [15 U.S.C. §78l]."

136.    Rule 14a-9, promulgated pursuant to § 14(a) of the Exchange Act, provides that no proxy statement shall contain "any statement which, at the time and in the light of the

circumstances under which it is made, is false or misleading with respect to any material fact, or which omits to state any material fact necessary in order to make the statements therein not false or misleading." 17 C.F.R. § 240.14a-9.'

137.    On March 31, 2022, Sema4 published its Proxy to stockholders in advance of an April 27, 2022 special meeting.  That proxy, in pertinent part, advised:

### PROPOSAL NO. 5 - THE CLASS I DIRECTOR ELECTION PROPOSAL

Sema4's board of directors is divided into three classes. Each class serves for three years, with the terms of office of the respective classes expiring in successive years. Directors and director nominees in Class I will stand for election at this meeting. The terms of office of directors in Class II and Class III do not expire until the annual meetings of stockholders to be held in 2023 and 2024, respectively. Our Nominating and Corporate Governance Committee recommended to our Board of Directors, and our Board of Directors nominated Eli D. Casdin, Joshua Ruch and Michael Pellini, each of whom is currently serving as a Class I director, for election as Class I directors at the Special Meeting. At the recommendation of our Nominating and Corporate Governance Committee, our Board of Directors proposes that each of the Class I nominees be elected as a Class I director for a three-year term expiring at the annual meeting of stockholders to be held in 2025 and until such director's successor is duly elected and qualified or until such director's earlier death, resignation, disqualification or removal.

138.    Under the direction and watch of the Individual Defendants, the March 31, 2022 Proxy for the April 27, 2022 meeting was false and misleading because it failed to disclose that the Individual Defendants, including the directors seeking reelection Casdin, Ruch and Pellini, violated their fiduciary duties to Sema4 and its stockholders by, among other things, failing to monitor and accurately and timely disclose the true and projected state of its financial controls, ASPs, overpayments, and third-party payor reimbursement; (2) implement and maintain an effective system of internal controls to ensure that the Company was complying with all internal codes, procedures, laws, rules, and regulations governing Sema4's core operations and making

truthful, accurate, and complete statements regarding its core operations, financial condition, and business prospects; (3) effectively oversee and monitor the material risks facing the Company; and (4) investigate and take action when presented with red flags regarding misconduct or the lack of internal controls. Further, the Proxy Statement contained false and misleading statements related to risk oversight by the Board and the Company's commitment to strong corporate governance principles.

139.    In the exercise of reasonable care, the Individual Defendants should have known that, by misrepresenting or failing to disclose the foregoing material facts concerning its risk oversight practices, the 2022 Proxy was materially false and misleading. The misrepresentations and omissions were material to Plaintiff in voting on the matters set forth for stockholder determination in the 2022 Proxy including, but not limited to, the election of directors Casdin, Ruch and Pellini.

140.    In the exercise of reasonable care, the Individual Defendants should have known that by misrepresenting or failing to disclose the foregoing material facts, the statements contained in the 2022 Proxy Statement were materially false and misleading and omitted material information.

141.    The false and misleading statements in, and information omitted from, the 2022 Proxy Statement was material to Sema4's shareholders in determining whether to, among other things, elect Defendants Casdin, Ruch and Pellini to the Board and approve the 2022 executive compensation.

142.    The material misstatements and omissions in the Proxy Statement damaged Sema4.

143.     Plaintiff, on behalf of Sema4, seeks relief for damages inflicted upon the Company based on the misleading 2022 Proxy Statement in connection with the improper election of Defendants Casdin, Ruch and Pellini and the approval of the 2022 executive compensation.

144.     Plaintiff on behalf of Sema4 has no adequate remedy at law.

## COUNT II
### Against the Individual Defendants
*for Violations of Section 20(a) of the Exchange Act*

145.     Plaintiff repeats and realleges each and every allegation set forth above as though fully set forth herein.

146.     The Individual Defendants violated § 10(b) of the Exchange Act, 15 U.S.C. § 78j(b), and Rule 1Ob-5 promulgated thereunder by the SEC.

147.     The Individual Defendants, individually and m concert, directly or indirectly, disseminated or approved the false statements specified above, which they knew or deliberately disregarded were misleading in that they contained misrepresentations and failed to disclose material facts necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading.

148.     The Individual Defendants violated §1O(b) of the Exchange Act and Rule 10b-5 in that they: (i) employed devices, schemes and artifices to defraud; (ii) made untrue statements of material facts or omitted to state material facts necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading; or (iii) engaged in acts, practices and a course of business that operated as a fraud or deceit upon stockholders.

149.     The Individual Defendants acted with scienter because they (i) knew that the public documents and statements issued or disseminated in the name of Sema4 were materially false and

misleading; (ii) knew that such statements or documents would be issued or disseminated to the investing public; and (iii) knowingly and substantially participated or acquiesced in the issuance or dissemination of such statements or documents as primary violations of the securities laws.

150.    The Individual Defendants, by virtue of their receipt of information reflecting the true facts of Sema4, their control over, and/or receipt and/or modification of Sema4's allegedly materially misleading statements, and/or their associations with the Company which made them privy to confidential proprietary information concerning Sema4, participated in the fraudulent scheme alleged herein.

151.    As a result of the foregoing, the market price of Sema4 common stock was artificially inflated. In ignorance of the falsity of the statements, stockholders relied on the statements described above and/or the integrity of the market price of Sema4 common stock in purchasing Sema4 common stock at prices that were artificially inflated as a result of these false and misleading statements and was damaged thereby.

152.    In addition, as a result of the wrongful conduct alleged herein, the Company has suffered significant damages, including the costs and expenses incurred in defending itself in the Securities Action and reputational harm.  The Individual Defendants, through their violation of Section 10(b) of the Exchange Act, 15 U.S.C. § 78j(b), and Rule 10b-5, have caused Sema4 to expend significant defense costs and exposed the Company to millions of dollars in potential class-wide damages in the Securities Action

### COUNT III
### Against the Director Defendants
*for Breach of Fiduciary Duty*

153.    Plaintiff repeats and realleges each and every allegation set forth above, as though fully set forth herein.

154.    The Director Defendants owed and continue to owe fiduciary obligations to Sema4 and its stockholders. By reason of their fiduciary relationships, the Director Defendants owed and continue to owe Sema4 the highest obligations of good faith, fair dealing, loyalty, oversight, and due care.

155.    The Director Defendants either knew of or, in bad faith through a conscious disregard of their duties, permitted the conduct alleged herein.

156.    Notwithstanding that financial controls are critical for a company like Sema4, the Director Defendants failed to implement any Board-level oversight over it.

157.    The failure to implement any Board-level oversight over weakness with financial controls, financial controls, ASPs, overpayments or third-party payor reimbursement was not a good-faith exercise of business judgment to protect and promote the Company's corporate interests. Accordingly, the Director Defendants breached their duties of care and loyalty to the Company.

158.    Additionally, the Director Defendants have specific fiduciary duties as defined by the Company's corporate governance documents that, had they been discharged in accordance with the Director Defendants' obligations, would have necessarily prevented the misconduct and the consequent harm to Sema4.

159.    Sema4 has sustained significant damages as the result of the Director Defendants' misconduct.

160.    Plaintiff, on behalf of Sema4, has no adequate remedy at law.

**COUNT IV**
**Against the Officer Defendants**
*for Breach of Fiduciary Duty*

161.    Plaintiff repeats and realleges each and every allegation set forth above, as though fully set forth herein.

162.    As the Company's officers, the Officer Defendants owe fiduciary obligations to Sema4 and its stockholders. By reason of their fiduciary relationships, the Officer Defendants owed and continue to owe Sema4 the highest obligations of good faith, fair dealing, loyalty, oversight, and care.



164.    Sema4 has sustained significant damages as a result of the Officer Defendants' misconduct.

165.    Plaintiff, on behalf of Sema4, has no adequate remedy at law.

## FOURTH CAUSE OF ACTION

### Against Individual Defendants for Gross Mismanagement

166.    Plaintiff incorporates by reference and re-alleges each and every allegation set forth above, as though fully set forth herein.

167.    By their actions alleged herein, the Individual Defendants, either directly or through aiding and abetting, abandoned and abdicated their responsibilities and fiduciary duties

with regard to prudently managing the assets and business of Sema4 in a manner consistent with the operations of a publicly held corporation.

168.    As a direct and proximate result of the Individual Defendants' gross mismanagement and breaches of duty alleged herein, Sema4 has sustained and will continue to sustain significant damages.

169.    As a result of the misconduct and breaches of duty alleged herein, the Individual Defendants are liable to the Company.

170.    Plaintiff, on behalf of Sema4, has no adequate remedy at law.

## PRAYER FOR RELIEF

FOR THESE REASONS, Plaintiff demands judgment in the Company's favor against all Individual Defendants as follows:

a)    Awarding compensatory damages against all Defendants, jointly and severally, for all damages sustained as a result of Defendants' wrongdoing, in an amount to be proven at trial, including interest thereon;

b)    Declaring that Plaintiff may maintain this action on behalf of Sema4, and that Plaintiff is an adequate representative of the Company;

c)    Declaring that the Individual Defendants have breached and/or aided and abetted the breach of their fiduciary duties to Sema4;

d)    Determining and awarding to Sema4 the damages sustained by it as a result of the violations set forth above from each of the Individual Defendants, jointly and severally, together with pre-judgment and post-judgment interest thereon;

e)    Directing Sema4 and the Individual Defendants to take all necessary actions to reform and improve Sema4's corporate governance and internal procedures to comply with

applicable laws and to protect Sema4 and its shareholders from a repeat of the damaging events described herein, including, but not limited to, putting forward for shareholder vote the following resolutions for amendments to the Company's Bylaws or Certificate of Incorporation and the following actions as may be necessary to ensure proper corporate governance policies:

1.      proposal to strengthen the Board's supervision of operations and develop and implement procedures for greater shareholder input into the policies and guidelines of the Board;

2.      provision to permit the shareholders of Sema4 to nominate at least three candidates for election to the board; and

3.      a proposal to ensure the establishment of effective oversight of compliance with applicable laws, rules, and regulations.

f)      Awarding Sema4 restitution from the Individual Defendants, and each of them;

g)      Awarding Plaintiff the costs and disbursements of this action, including reasonable attorneys' and experts' fees, costs, and expenses; and

h)      Granting such other and further relief as the Court may deem just and proper.

## <u>JURY DEMAND</u>

Plaintiff hereby demands a trial by jury.

Dated: June 25, 2024

**MOORE LAW, PLLC**
By: */s/ Fletcher Moore*
      Fletcher Moore
Fletcher Moore
30 Wall Street, 8th Floor
New York, New York 10005
Telephone: (212) 709-8245
Email: fletcher@fmoorelaw.com

**SQUITIERI & FEARON, LLP**
Lee Squitieri
305 Broadway, 7th Floor
New York, New York 10007
Telephone: (212) 421-6492
Email: lee@sfclasslaw.com


*Counsel for Plaintiff*