

555 California Street
12th Floor
San Francisco, CA 94104

415.875.2300
Fenwick.com

Dean S. Kristy
dkristy@fenwick.com  |  415.875.2387

December 6, 2024

VIA ECF

Honorable Vernon D. Oliver
United States District Court of Connecticut
Abraham Ribicoff Federal Building
United States Courthouse
450 Main Street
Hartford, CT 06103

      Re:    <u>Scinto v. Schadt, et al. (D. Conn. Case No. 3:24-cv-01100-VDO)</u>

Dear Judge Oliver:

Pursuant to the Court's August 8, 2024 Order (ECF No. 16) (the "Order"), the parties submit this joint letter to report on the status of this stockholder derivative case, which includes allegations substantially similar to those in a pending securities class action before this Court, *Helo v. Sema4 Holdings Corp., et al,*, Case No. 3:22-cv-01131-VDO ("*Helo*").

The Order stayed this matter until the earlier of (1) the commencement of discovery in *Helo*, (2) an announcement that the parties in *Helo* have reached a settlement, or (3) dismissal of *Helo* with prejudice.  ECF No. 16.  None of these conditions have occurred and thus the stay remains in place.  Following the Court's dismissal of the Amended Complaint in *Helo,* plaintiff there filed a Second Amended Complaint ("SAC") on September 13, 2024.  The defendants moved to dismiss the SAC in the *Helo* matter on November 26, 2024.  That motion to dismiss will be fully briefed on or before February 20, 2025.

Because the stay remains in place, the parties will file a further joint status report, as per the Order, in 120 days, or April 7, 2025.

Honorable Vernon D. Oliver
December 6, 2024
Page 2

                Sincerely,

                FENWICK & WEST LLP

                */s/ Dean S. Kristy*

                Dean S. Kristy

                MOORE LAW, PLLC

                */s/ Fletcher Moore*

                Fletcher Moore

DSK:FM