FENWICK

One Front Street
33rd Floor
San Francisco, CA 94111

415.875.2300
Fenwick.com

Catherine Duden Kevane
ckevane@fenwick.com | 415.875.2392

September 2, 2026

VIA ECF

US District Judge Vernon D. Oliver
United States District Court for District of Connecticut
Abraham Ribicoff Federal Building
United States Courthouse
450 Main Street
Hartford, CT 06103

Re: ***Scinto v. Schadt et al.*, 3:24-cv-01100-VDO (D. Conn.)**

Dear Judge Oliver:

Pursuant to the Court's May 5, 2026 Order (ECF No. 52) (the "Order"), the parties submit this joint status report regarding the above-captioned stockholder derivative action, which includes allegations substantially similar to those in a pending securities class action before this Court, *Helo v. Sema4 Holdings Corp., et al.,* Case No. 3:22-cv-01131-VDO ("*Helo*").

In the underlying *Helo* action, the parties reached an agreement to settle the case in February 2026, and have since documented that agreement. As a result, plaintiff in *Helo* has filed a motion for preliminary approval of the settlement on July 24, 2026, which this Court recently referred to Magistrate Judge Robert M. Spector. In light of the resolution of *Helo* (subject to the Court's approval), the parties to this stockholder derivative action have been negotiating a potential settlement and have made substantial progress. Given that progress, and in response to the Court's Order, the parties do not believe that referral to a settlement conference before a Magistrate Judge is necessary.

The Parties will inform the Court of any further developments and thank the Court for its attention to this matter.

Sincerely,

FENWICK & WEST LLP
*/s/ Catherine D. Kevane*
Catherine D. Kevane

MOORE LAW, PLLC
*/s/ Fletcher Moore*